UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IGNITE SPIRITS, INC., a Wyoming corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CONSULTING BY AR, LLC, a Florida limited liability company; Does I through X, inclusive; and Roe Business Entities I through X, inclusive,<br><br>    Defendants.<br><br>Consulting by AR, LLC,<br><br>    Counterclaim Plaintiff,<br><br>  v.<br><br>IGNITE SPIRITS, INC. (f/k/a Ignite Beverages, Inc.); IGNITE INTERNATIONAL LTD.; and IGNITE INTERNATIONAL BRANDS, LTD.,<br><br>    Counterclaim Defendant. | Case No. 2:21-cv-01590-JCM-EJY<br><br>**ORDER** |

        Pending before the Court is the "Motion for Leave to File Portions of Consulting by AR, LLC's Answer, Affirmative Defenses, and Counterclaims." ECF No. 9. Setting aside Defendant/Counterclaim Plaintiff's (hereinafter "Defendant") incomplete document title, as well as difficult to decipher citations in violation of Local Rule IA 7-3(d), it appears Defendant seeks to seal portions of its Answer, Affirmative Defenses, and Counterclaims, which is presently filed under seal. *See* ECF No. 8. Unfortunately, Defendant has not identified what portions of its Answer, Affirmative Defenses or Counterclaims it seeks to seal. This is at least, in part, because Defendant failed to file a redacted version of the same document on the public record, which the Court could then have compared to the sealed version. Defendant failed to identify any paragraph, sentence, or

portion of a sentence in its instant Motion that it seeks to seal. Without this information, the Court cannot rule on Defendant's request.

Accordingly, IT IS HEREBY ORDERED that Defendant's "Motion for Leave to File Portions of Consulting by AR, LLC's Answer, Affirmative Defenses, and Counterclaims" (ECF No. 9) is DENIED without prejudice.

IT IS FURTHER ORDERED that Defendant shall, no later than Tuesday, **September 7, 2021**, file a redacted copy of its Answer, Affirmative Defenses, and Counterclaims on the public record.

IT IS FURTHER ORDERED that if Defendant wishes to file a Motion to Seal portions of its Answer, Affirmative Defenses, and Counterclaims it shall do so no later than **September 9, 2021**. The Motion must include identification of those portions of the Answer, Affirmative Defenses or Counterclaims Defendant seeks to seal and the basis or support for each request.

Dated this 2nd day of September, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE