# EXHIBIT 3

# (Summons)

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| IGNITE SPIRITS, INC., a Wyoming corporation,<br><br>        Plaintiff,<br>v.<br>CONSULTING BY AR, LLC, a Florida limited liability company; DOES I through X, inclusive, and ROE ENTITIES I through X, inclusive,<br>        Defendants. | CASE NO:<br><br>DEPT. NO.:<br><br>**SUMMONS**<br><br>CASE NO: A-21-839674-B<br>Department 13 |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO:   CONSULTING BY AR, LLC

A civil Complaint has been filed by the Plaintiffs against you for the relief set forth in the Complaint.

1.   If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    a.   File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    b.   Serve a copy of your response upon the attorney whose name and address is shown below.

2.   Unless you respond, your default will be entered upon application of the Plaintiffs and failure to respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.   If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.   The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators, each have 45 days after service of this Summons within which to file an answer or other responsive pleading to the Complaint.

Submitted by:
FLANGAS LAW GROUP

*/s/Kimberly P. Stein*

KIMBERLY P. STEIN, ESQ.  NBN 8675
3275 S. Jones Blvd., Suite 105
Las Vegas, NV 89146
Attorneys for Plaintiffs
(702) 307-9500

STEVEN D. GRIERSON, CLERK OF COURT

_____  8/18/2021
By: Deputy Clerk                Date
Alisa-Mae Chapman
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

NOTE:   When service is by publication, add a brief statement of the object of the action.

**AFFIDAVIT OF SERVICE**

STATE OF _____ )
                         ) ss
COUNTY OF _____ )

_____, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. That affidavit received _____ copy(ies) of the Summons of Complaint, _____ on the _____ day of _____, 20___ and served the same on the ____ day of _____, 20___ by:

(affiant must complete the appropriate paragraph)

1. delivering and leaving a copy with the Defendant _____ at _____ (State address) _____ .

2. serving the Defendant _____ by personally delivering and leaving a copy with _____, _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at: _____ (State address) _____ .

3. serving the Defendant _____ by personally delivering and leaving a copy at _____ (State address) _____ .

   a. with _____ as _____, an agent lawfully designated by statute to accept service of process;

   b. with _____, pursuant to NRS 14.020 as a person of suitable age and discretion of the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (check appropriate method):

   _____ ordinary mail
   _____ certified mail, return receipt requested
   _____ registered mail, return receipt requested

   addressed to the Defendant _____ at the Defendant's last known address which is _____ .

SUBSCRIBED AND SWORN to before me this
_____ day of _____, 20___.                    _____
                                                        Signature of person making service

_____
NOTARY PUBLIC in and for said County
and State

My commission expires: _____
(SEAL)

NOTE: When service is by publication, add a brief statement of the object of the action.