# EXHIBIT 7

# (Statement of Information for Ignite Spirits, Inc.)




## Corporation - Statement of Information

|  |  |
|---|---|
| Entity Name: | IGNITE SPIRITS, INC. |
| Entity (File) Number: | C4653890 |
| File Date: | 07/16/2021 |
| Entity Type: | **Corporation** |
| Jurisdiction: | **WYOMING** |
| Document ID: | GU96907 |

**Detailed Filing Information**

1. Entity Name: IGNITE SPIRITS, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   360 N Sepulveda Drive, Suite 2000
   El Segundo, California 90245
   United States of America

   b. Mailing Address:
   360 N Sepulveda Drive, Suite 2000
   El Segundo, California 90245
   United States of America

   c. Street Address of Principal Executive Office:
   360 N Sepulveda Drive, Suite 2000
   El Segundo, California 90245
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Johh Russel Schaefer
   360 N Sepulveda Drive, Suite 2000
   El Segundo, California 90245
   United States of America

   b. Secretary:
   Paul David Dowdall
   360 N Sepulveda Drive, Suite 2000
   El Segundo, California 90245
   United States of America

Document ID: GU96907

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.



# California Secretary of State
## Electronic Filing

**Officers (cont'd):**

    c. Chief Financial Officer:

Paul David Dowdall
360 N Sepulveda Drive, Suite 2000
El Segundo, California 90245
United States of America

**4. Director:**

Not Applicable

Number of Vacancies on the Board of Directors:

Not Applicable

**5. Agent for Service of Process:**

NORTHWEST REGISTERED AGENT, INC. (C3184722)

**6. Type of Business:**

Wholesale spirits business

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Paul Holden

Use *bizfile.sos.ca.gov* for online filings, searches, business records, and resources.

Document ID: GU96907