KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
Email: kps@fdlawlv.com
FLANGAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Plaintiff/Counterclaim Defendant*
*Ignite Spirits, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IGNITE SPIRITS, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSULTING BY AR, LLC, a Florida limited liability company; DOES I through X, inclusive; and ROE Business Entities I through X, inclusive,<br><br>Defendants. | Case No: 2:21-CV-1590-JCM-EJY<br><br>**IGNITE SPIRITS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO CONSULTING BY AR, LLC's COUNTERCLAIMS** |
| CONSULTING BY AR, LLC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>IGNITE SPIRITS, INC. (f/k/a Ignite Beverages, Inc.); IGNITE INTERNATIONAL LTD.; AND IGNITE INTERNATIONAL BRANDS, LTD.,<br><br>Counterclaim Defendants. | |

Plaintiff/Counterclaim Defendant IGNITE SPIRITS, INC. ("Counterclaim Defendant") by and through its attorneys of record, Flangas Law Group, answers as follows to the Counterclaims filed by Defendant CONSULTING BY AR, LLC ("Counterclaim Plaintiff"):

/ / /

/ / /

-1-

## COUNTERCLAIM PARTIES AND RELEVANT NON-PARTIES

**A.  Counterclaim Parties**

1.      In answering Paragraph 1 of the counterclaim, Counterclaim Defendant admits that Plaintiff Company is a Florida limited liability company.   Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegation.

2.      In answering Paragraph 2 of the counterclaim, Counterclaim Defendant admits it is a Wyoming limited liability company, but denies the remainder of the allegations contained therein.

3.      In answering Paragraph 3 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

4.      In answering Paragraph 4 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

**B.  Relevant Non-Parties**

5.      In answering Paragraph 5 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

6.      In answering Paragraph 6 of the counterclaim, Counterclaim Defendant admits John P. Schaefer is the President/Director of Ignite Spirits, Inc., but lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the remaining allegations contained herein and, on that basis, denies the allegations.

7.      In answering Paragraph 7 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

8.      In answering Paragraph 8 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of

the allegations contained herein and, on that basis, denies the allegations.

9.      In answering Paragraph 9 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

## JURISDICTION AND VENUE

10.     In answering Paragraph 10 of the counterclaim, Counterclaim Defendant admits for jurisdictional purposes only as to itself.   Otherwise, denied as to remaining counterclaim defendants.

11.     In answering Paragraph 11 of the counterclaim, Counterclaim Defendant admits for jurisdictional purposes only as to itself.   Otherwise, denied as to remaining counterclaim defendants.

12.     In answering Paragraph 12 of the counterclaim, Counterclaim Defendant admits for jurisdictional purposes only as to itself.   Otherwise, denied as to remaining counterclaim defendants.

## FACTUAL ALLEGATIONS

**A.      Richardson Offers to Broker a Strategic Marketing and Promotional Partnership for Ignite with Resorts World**

13.     In answering Paragraph 13 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

14.      In answering Paragraph 14 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations

15.     In answering Paragraph 15 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

/ / /

**B.     The Letter Agreement Between the Company, Ignite Spirts, and Ignite Brands**

16.     In answering Paragraph 16 of the counterclaim, the Letter Agreement speaks for itself; Counterclaim Defendant denies the remaining allegations.

17.     In answering Paragraph 17 of the counterclaim, the Letter Agreement speaks for itself; Counterclaim Defendant denies the remaining allegations.

18.     In answering Paragraph 18 of the counterclaim, the Letter Agreement speaks for itself; Counterclaim Defendant denies the remaining allegations.

**C.     Ignite Modified or Waived Terms of the Letter Agreement by Insisting that Richardson Obtain Even More Favorable Terms for Them**

19.     In answering Paragraph 19 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

20.     In answering Paragraph 20 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

21.     In answering Paragraph 21 of the counterclaim, the Letter Agreement speaks for itself; Counterclaim Defendant denied the remaining allegations.

22.     In answering Paragraph 22 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

23.     In answering Paragraph 23 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

24.     In answering Paragraph 24 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

25.     In answering Paragraph 25 of the counterclaim, the letter of intent speaks

for itself; Counterclaim Defendant denied the remaining allegations.

26.     In answering Paragraph 26 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

27.     In answering Paragraph 27 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

28.     In answering Paragraph 28 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

29.     In answering Paragraph 29 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

**D.      Before Signing the Agreements, Dan Bilzerian Performed His Contractual Obligation by Appearing at Resorts World's Grand Opening Event**

30.     In answering Paragraph 30 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

31.     In answering Paragraph 31 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

32.     In answering Paragraph 32 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

33.     In answering Paragraph 33 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

34.     In answering Paragraph 34 of the counterclaim, Counterclaim Defendant

lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

35.     In answering Paragraph 35 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

36.     In answering Paragraph 36 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

**E.     The Final Definitive Agreements that Were Brokered by the Company Between Ignite International and Resorts World**

37.     In answering Paragraph 37 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

38.     In answering Paragraph 38 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

39.     In answering Paragraph 39 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

40.     In answering Paragraph 40 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

41.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remaining allegations.

**F.     Ignite Breaches the Letter Agreement, and Creates a Litigation-Driven False Narrative to Enshield Ignite from Its Bad-Faith Conduct**

42.     In answering Paragraph 42 of the counterclaim, the Letter Agreement

speaks for itself; Counterclaim Defendant denies the remaining allegations.

43.     In answering Paragraph 43 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

44.     In answering Paragraph 44 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

45.     In answering Paragraph 45 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

**G.     Company's Demand and Ignite's Anticipatory Declaratory Judgment Lawsuit**

46.     In answering Paragraph 46 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

47.     In answering Paragraph 47 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

48.     In answering Paragraph 48 of the counterclaim, Counterclaim Defendant admits that it filed this lawsuit, but denied the remaining allegations contained therein.

49.     In answering Paragraph 49 of the counterclaim, Counterclaim Defendant denies the allegations contained therein.

**COUNT ONE**

**(Breach Of The Letter Agreement/Specific Performance)**

50.     Counterclaim Defendant repeats and realleges the answers to Paragraphs 1-49 of the Counterclaim as if fully set forth at this point and incorporate them herein by reference.

51.     In response to Paragraph 51 of the counterclaim, Counterclaim Defendant

admits it entered into a Letter Agreement, the terms of which speak for themselves; otherwise, Paragraph 51 further calls for a legal conclusion and therefore no response is required, but to the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

52.     In response to Paragraph 52 of the counterclaim, Counterclaim Defendant admits it entered into a Letter Agreement, the terms of which speak for themselves; otherwise, Paragraph 52 further calls for a legal conclusion and therefore no response is required, but to the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

53.     In response to Paragraph 53 of the counterclaim, Counterclaim Defendant admits it entered into a Letter Agreement, the terms of which speak for themselves; otherwise, Paragraph 53 further calls for a legal conclusion and therefore no response is required, but to the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

54.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the

allegations.

55. This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

56. This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

**COUNT TWO**

**(Breach Of The Covenant of Good Faith and Fair Dealing)**

57. Counterclaim Defendant repeats and realleges the answers to Paragraphs 1-56 of the Counterclaim as if fully set forth at this point and incorporate them herein by reference.

58. In response to Paragraph 59 of the counterclaim, Counterclaim Defendant admits it entered into a Letter Agreement, the terms of which speak for themselves; otherwise, Paragraph 52 further calls for a legal conclusion and therefore no response is required, but to the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

59. This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the

remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

60.     In response to Paragraph 60 of the counterclaim, Counterclaim Defendant admits it entered into a Letter Agreement, the terms of which speak for themselves; otherwise, Paragraph 52 further calls for a legal conclusion and therefore no response is required, but to the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

61.     Counterclaim Defendant denies the allegations contained in Paragraph 61 of the counterclaim as to itself. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

62.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

63.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

64.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

**COUNT THREE**

**(Equitable Estoppel)**

65.     Counterclaim Defendant repeats and realleges the answers to Paragraphs 1-64 of the Counterclaim as if fully set forth at this point and incorporate them herein by reference.

66.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

**COUNT FOUR**

**(Promissory Estoppel-Pled in the Alternative)**

67.     Counterclaim Defendant repeats and realleges the answers to Paragraphs 1-66 of the Counterclaim as if fully set forth at this point and incorporate them herein by reference.

68.     In answering Paragraph 68 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

69.     In answering Paragraph 69 of the counterclaim, Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein and, on that basis, denies the allegations.

70.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

71.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

72.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

73.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

74.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations

contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

### COUNT FIVE

### (Unjust Enrichment or Quantum meruit-Pled in the Alternative)

75.     Counterclaim Defendant repeats and realleges the answers to Paragraphs 1-74 of the Counterclaim as if fully set forth at this point and incorporate them herein by reference.

76.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

77.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

78.     This Paragraph calls for a legal conclusion, and no response is therefore required. To the extent a response is required, Counterclaim Defendant denies the remainder of the allegations contained therein. Counterclaim Defendant lacks sufficient information and knowledge to form a belief as to the truth and accuracy of the allegations contained herein as to the other counterclaim defendants and, on that basis, denies the allegations.

### AFFIRMATIVE DEFENSES

### First Affirmative Defense

Counterclaim Plaintiff's Counterclaim fails to state a claim against Counterclaim

Defendant upon which relief can be granted.

### Second Affirmative Defense

Unless specifically admitted above, Counterclaim Defendant denies each and every allegation of the Counterclaim and denies any liability to Counterclaim Plaintiff's claims.

### Third Affirmative Defense

Counterclaim Plaintiff suffered no damages by reason of the acts complained of in the Counterclaim, or by any acts or omissions of Counterclaim Defendant.

### Fourth Affirmative Defense

Counterclaim Plaintiff suffered no damages for which Counterclaim Defendant are legally responsible.

### Fifth Affirmative Defense

Counterclaim Plaintiff's alleged damages, if any, are speculative, hypothetical, unsupported by any reasonable methodology, and are not cognizable as a matter of law.

### Sixth Affirmative Defense

Counterclaim Plaintiff's alleged losses, if any, were caused by his own actions and inaction and, therefore it is precluded from recovery.

### Seventh Affirmative Defense

Counterclaim Plaintiff failed to mitigate his damages, if any.

### Eighth Affirmative Defense

Counterclaim Plaintiff is barred from recovery by the doctrine of laches, waiver, ratification and/or estoppel

### Ninth Affirmative Defense

Counterclaim Defendant is not liable to Counterclaim Plaintiff in any amount, because, at all times relevant herein, Counterclaim Defendant acted properly and in good faith with respect to Counterclaim Plaintiff.

### Tenth Affirmative Defense

Counterclaim Plaintiff's claims are barred, in whole or in part, by the Letter Agreement, which contractually limits Counterclaim Plaintiff's remedies

### Eleventh Affirmative Defense

Counterclaim Defendant alleges that the incident alleged in the Complaint and Counterclaim Plaintiff's Counterclaim, and all injuries and damages, if any, resulting therefrom, were caused by the acts or omissions of a third party over whom Counterclaim Defendant had no control.

### Twelfth Affirmative Defense

Counterclaim Defendant is not liable for the independent acts of third parties and Claimant's injuries or damages, if any, are attributable to acts of third parties.

### Thirteenth Affirmative Defense

Counterclaim Plaintiff's Counterclaim fails to state facts sufficient to warrant an award of attorneys' fees.

### Fourteenth Affirmative Defense

Counterclaim Plaintiff's claims are barred as a result of the failure to satisfy conditions precedent to asserting the claims.

### Fifteenth Affirmative Defense

Counterclaim Plaintiff is barred from recovery by the doctrine of unclean hands.

### Sixteenth Affirmative Defense

Counterclaim Plaintiff's claims are not ripe for adjudication

### Seventeenth Affirmative Defense

Counterclaim Plaintiff consented and/or authorized the actions of Counterclaim Defendant.

### Eighteenth Affirmative Defense

Counterclaim Plaintiff's alleged losses, if any, were caused in whole and/or in part to the conduct, acts, omissions and/or activities of Counterclaim Plaintiff, and any recovery obtained by Counterclaim Plaintiff should be barred and/or reduced according to law, up to and including the whole thereof.

### Nineteenth Affirmative Defense

Counterclaim Defendant is not liable to Counterclaim Plaintiff in any amount

because Counterclaim Plaintiff breached the Letter Agreement, such that Counterclaim Defendant is excused from performing.

### Twentieth Affirmative Defense

Counterclaim Plaintiff's own actions or inaction prevented or excused Counterclaim Defendant's performance under the Letter Agreement.

### Twenty-First Affirmative Defense

Counterclaim Plaintiff is barred from recovery by the doctrine of election of remedies.

### Twenty-Second Affirmative Defense

At all times relevant, Counterclaim Plaintiff or its agents failed, concealed and/or refused to disclose certain material documents and facts to Counterclaim Defendant, thus misleading Counterclaim Defendant to its extreme prejudice. Counterclaim Plaintiff's or its agents' constructive fraud/unclean hands serves as a bar to the entire action and as Counterclaim Plaintiff's claims against Counterclaim Defendant.

### Twenty-Third Affirmative Defense

Counterclaim Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of frustration of purpose.

### Twenty-Fourth Affirmative Defense

Counterclaim Plaintiff's claims are barred in whole or in part because Counterclaim Defendant did not know of the purported inaccuracy of the alleged misstatements, did not know of any material omissions from those statements, and could not have become aware of such alleged inaccuracy.

### Twenty-Fifth Affirmative Defense

Counterclaim Plaintiff's claims are barred in whole or in part because Counterclaim Defendant did not intentionally or recklessly make any misleading statements or omissions. At all times and with respect to the matters referenced in the counterclaim, Counterclaim Defendant acted in good faith and exercised reasonable care, and in exercising such reasonable care, did not know and could not have known of the alleged falsity and/or

misstatements alleged in the counterclaim.

### Twenty-Sixth Affirmative Defense

Counterclaim Plaintiff's claims are barred in whole or in part because any alleged misrepresentations were not material as a matter of law.

### Twenty-Seventh Affirmative Defense

A contract exists between Counterclaim Defendants and Counterclaim Plaintiff, which indemnifies Counterclaim Defendant from all liability as alleged in the Counterclaim.

### Twenty-Eighth Affirmative Defense

Any contract between Counterclaim Defendant and Counterclaim Plaintiff is barred by the statute of frauds.

### Twenty-Ninth Affirmative Defense

Counterclaim Defendant has been required to retain the services of an attorney to enforce the rights herein asserted, are entitled to the fees and costs heretofore paid or incurred for such damages and is further entitled to attorneys' fees and costs to defend this action.

### Thirtieth Affirmative Defense

Counterclaim Plaintiff's claims are barred, in whole or in part, because superseding or intervening events not caused by the Counterclaim Defendant, caused some or all of the alleged damages.

### Thirty-First Affirmative Defense

The claims, and each of them, are premature.

### Thirty-Second Affirmative Defense

Defendant incorporates by reference all of the affirmative defenses set forth in FRCP 8 and 12 as though fully set forth herein.  Defendant reserves the right to supplement or amend its Answer to assert additional affirmative defenses as additional information is obtained through discovery or by other means.

/ / /

## **PRAYER FOR RELIEF**

WHEREFORE, Counterclaim Defendant prays for the following relief as to Counterclaim Plaintiff's Counterclaim:

1.     That Counterclaim Plaintiff's Counterclaim against Counterclaim Defendant be dismissed with prejudice and that Counterclaim Plaintiff takes nothing thereby;

2.     That Counterclaim Defendant be awarded reasonable costs and expenses, including reasonable attorneys' fees and costs, incurred by Counterclaim Defendant herein.

3.     For such other and further relief as the Court may deem just and proper.

Dated this 22nd day of September, 2021

**FLANGAS LAW GROUP**

*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.  (NBN 8675)
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (813) 229-4241
*Attorneys for Plaintiff/Counterclaim Defendant*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on September 22, 2021, that I electronically filed the above and foregoing document entitled **IGNITE SPIRITS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO CONSULTING BY AR, LLC's COUNTERCLAIMS** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

_____/s/Andi Hughes_____
An employee of Flangas Law Group