# Exhibit A-1

# Email from Paul Bilzerian

**Jon T. Pearson**

**Subject:** RW Agreements
**Attachments:** Ignite International Ltd. - Retail Pop-Up License Agreement - FINAL  20210702 - signed.pdf; ATT00001.htm; Ignite International Ltd. - Strategic Marketing Alliance Agreement  - FINAL 20210702 - signed.pdf; ATT00002.htm


**From:** "paul internationalinvestmentsltd.com" <paul@internationalinvestmentsltd.com>
**Date:** July 2, 2021 at 2:53:34 PM PDT
**To:** David Bell <dbell@leangroup.com>, ALAN RICHARDSON <gem4you@aol.com>
**Subject: RW Agreements**

1

Opp. MTD 004

# Strategic Marketing Alliance Agreement and Retail Pop-Up Space License Agreement, Opp. MTD 005–037 Have Been Filed Under Seal