# Exhibit A-2

# Text Messages Between Dan Bilzerian and Alan Richardson

**New iMessage**    Cancel

To: **Dan Blit**

I'm not trying to bust your balls

Just calling it how I see it

MGM is putting our shit in their hotel for free

No posting, no hosting requirements

Just got in every terrible Herbst in the country

That was Troy Herbst just being a friend

Just sayin

We certainly not getting hooked up

By Scott

Not saying it's your fault and I aint mad at you, but I can understand my my dad is mad, seems like they taking advantage of me

Not there nature at all

  iMessage 

      

Opp. MTD 038