# Exhibit B

# Transmittal Declaration of Jon Pearson

Gregory S. Gilbert (6310)
Jon T. Pearson (10182)
Elody C. Tignor (15663)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
702.669.4600
702.669.4650 fax
gsgilbert@hollandhart.com
jtpearson@hollandhart.com
ectignor@hollandhart.com

*Counsel for Defendant/Counterclaim Plaintiff Consulting by AR, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ignite Spirits, Inc., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>Consulting by AR, LLC, a Florida limited liability company; Does I through X, inclusive; and Roe Business Entities I through X, inclusive,<br><br>Defendants.<br><hr>Consulting by AR, LLC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>Ignite Spirits, Inc. (f/k/a Ignite Beverages, Inc.); Ignite International Ltd.; and Ignite International Brands, Ltd.,<br><br>Counterclaim Defendants. | Case No. 2:21-cv-01590-JCM-EJY<br><br>**TRANSMITTAL DECLARATION OF JON T. PEARSON** |

Opp. MTD 039

1

I, Jon T. Pearson, declare as follows:

1. I am an attorney at Holland & Hart LLP, counsel for defendant/counterclaim plaintiff Consulting by AR, LLC ("Company").

2. I am competent to testify to the facts stated here, which are based on personal knowledge unless stated otherwise, and if called upon to testify, I could and would testify competently to the following.

3. I submit this transmittal declaration in support of the Company's response in opposition to Ignite International, Ltd.'s motion to dismiss or for a more definite statement.

4. To the best of my knowledge and belief, the following documents annexed to this transmittal declaration are accurate copies:

| Exhibit No. | Description |
|---|---|
| B-1 | Screenshot from the Nevada Secretary of State website |
| B-2 | Screenshot and filings from the Wyoming Secretary of State website |
| B-3 | Screenshot from the U.S. Patent and Trademark Office re: Ignite International Ltd.'s trademark, Z-RO |
| B-4 | Press Release from Ignite International, Ltd. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2021.

/s/ *Jon T. Pearson*
Jon T. Pearson

17539167_v1

**Opp. MTD 040**