# Exhibit B-1

# Printout from the Nevada Secretary of State

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

IGNITE INTERNATIONAL, LTD.

**Entity Number:**

E0384142018-3

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Active

**Formation Date:**

08/10/2018

**NV Business ID:**

NV20181582546

**Termination Date:**

Perpetual

**Annual Report Due Date:**

8/31/2022

**Domicile Name:**

**Jurisdiction:**

Wyoming

### REGISTERED AGENT INFORMATION

Opp. MTD 041

**Name of Individual or Legal Entity:**

KPS Leslie, LLC

**Status:**

Active

**CRA Agent Entity Type:**

LLC

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20201698940

**Office or Position:**

**Jurisdiction:**

**Street Address:**

3275 S Jones Blvd, Suite 105, Las Vegas, NV, 89146, USA

**Mailing Address:**

3275 S Jones Blvd, Suite 105, Las Vegas, NV, 89146, USA

**Individual with Authority to Act:**

Kimberly Stein

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | John Schaefer | 360 N Sepulveda Dr Suite 2000, El Segundo, CA, 90245, USA | 07/14/2021 | Active |
| Secretary | Paul Dowdall | 360 N Sepulveda Dr Suite 2000, El Segundo, CA, 90245, USA | 07/14/2021 | Active |

**Opp. MTD 042**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Treasurer | Paul Dowdall | 360 N Sepulveda Dr Suite 2000, El Segundo, CA, 90245, USA | 07/14/2021 | Active |
| Director | Dan Bilzerian | 6005 LAS VEGAS BOULEVARD SOUTH STE 7, Las Vegas, NV, 89119, USA | 07/14/2021 | Active |

Page 1 of 1, records 1 to 4 of 4

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 200,000,000 | 0.010000000000 |

Page 1 of 1, records 1 to 1 of 1

○ Unlimited Foreign Entities Only

○ No Stock Foreign Entities Only

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**2,000,000**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

**Opp. MTD 043**