# Exhibit B-2

# Printout/Filings from the Wyoming Secretary of State

Business Center                                                              Online Services   Search

# DETAIL                    RETURN TO YOUR SEARCH          FILE YOUR ANNUAL REPORT

Ignite International, Ltd.

This detail reflects the current data for the filing in the system.                              Print

**Name**
Ignite International, Ltd.

**Filing ID**          **Status**              **Fictitious Name**
2017-000782316         Active

**Type**               **Sub Status**
Profit Corporation - Domestic   Current

                       **Initial Filing**
                       12/28/2017

**Standing - Tax**     **Term of Duration**
Good                   Perpetual

**Standing - RA**      **Formed In**
Good                   Wyoming

**Standing - Other**
Good
                       **Principal Office**
                       3275 S Jones Blvd, Ste 105
                       Las Vegas, Nevada 89146
                       USA

**Mailing Address**
3275 S Jones Blvd, Ste 105
Las Vegas, Nevada 89146
USA

## Additional Details

**Registered Agent:**              **Latest AR/Year**
Paracorp Incorporated              06712429 / 2020
1912 Capitol Ave Ste 500           **AR Exempt**
Cheyenne, WY 82001 USA             No

                                   **License Tax Paid**
                                   $50.00

**Common Shares**
200,000,000
**Common Par Value**
$0.01
**Preferred Shares**
0

**Opp. MTD 044**

Preferred Par Value

| History | |
|---|---|
| 2020 Amended Annual Report - 06712429 | Date: 09/13/2021 |
| 2020 Amended Annual Report - 06455899 | Date: 07/14/2021 |
| RA Address Change - 2021-003239827 | Date: 06/16/2021 |
| RA Address Change - 2021-003231452 | Date: 06/09/2021 |
| 2020 Original Annual Report - 05969792 | Date: 11/02/2020 |
| 2019 Original Annual Report - 05245938 | Date: 11/21/2019 |
| RA Address Change - 2019-002693424 | Date: 11/19/2019 |
| 2018 Amended Annual Report - 04859085 | Date: 08/02/2019 |
| 2018 Original Annual Report - 03992826 | Date: 11/28/2018 |
| Name Change - 2018-002400602 | Date: 11/07/2018 |
| Common Amendment - 2018-002346321 | Date: 07/27/2018 |
| Common Amendment - 2018-002328734 | Date: 06/18/2018 |
| Initial Filing - See Filing ID | Date: 12/28/2017 |

Public Notes

No Public Notes Found...

Parties

| Dan Bilzerian (Director) | Organization: |
|---|---|
| | Address: 6005 Las Vegas Boulevard South, suite 7, Las Vegas, NV 89119 |
| John Schaefer (President) | Organization: |
| | Address: 360 N Sepulveda Dr Suite 2000, El Segundo, CA 90245 |
| Scott Rohleder (Secretary) | Organization: |
| | Address: 360 N Pacific Coast Highway, Suite 2000, El Segundo, CA 90245 |
| Scott Rohleder (Treasurer) | Organization: |
| | Address: 360 N Pacific Coast Highway, Suite 2000, El Segundo, CA 90245 |
| Paul Dowdall (Vice President) | Organization: |
| | Address: 360 N Sepulveda Dr Suite 2000, El Segundo, CA 90245 |

**Opp. MTD 045**

**2020**            **Profit Corporation Annual Report**

| | |
|---|---|
| Due on or Before: | December 1, 2020 |
| ID: | 2017-000782316 |
| State of Formation: | Wyoming |
| License Tax Paid: | $50.00 |
| AR Number: | 05969792 |

For Office Use Only
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**Ignite International, Ltd.**

1: Mailing Address

    3275 S Jones Blvd, Ste 105
    Las Vegas, Nevada 89146

<u>Current Registered Agent:</u>
Paracorp Incorporated
1920 Thomes Ave Ste 610
Cheyenne, WY 82001

2: Principal Office Address

    3275 S Jones Blvd, Ste 105
    Las Vegas, Nevada 89146

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

    Phone: (170) 230-7950
    Email: ah@fdlawlv.com

3: Officers and Directors

| | |
|---|---|
| President / Director | Dan Bilzerian - 6005 Las Vegas Boulevard South, suite 7, Las Vegas, NV 89119 |
| Vice President | John Schaeffer - 5930 W Jefferson Boulevard, Los Angeles, CA 90016 |
| Secretary | John Schaeffer - 5930 W Jefferson Boulevard, Los Angeles, CA 90016 |
| Treasurer | Paul Dowdall - 5930 W Jefferson Boulevard, Los Angeles, CA 90016 |

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Kimberly P. Stein | Kimberly P. Stein | November 2, 2020 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

**Opp. MTD 046**



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: SOSRequest@wyo.gov

ID: 2017-000782316
Filed: 07/14/2021 03:28 PM
AR Number: 06455899

# Amended Annual Report for Profit and Nonprofit Corporations Only

This form can **only** be used if an Annual Report is currently on file.

**Name of Entity:** Ignite International, Ltd.

**ID#:** 2017-000782316   (Example: 2000-000123456)

*To amend your annual report and reflect a change in officers and or directors, list the names and addresses of each individual below or attach a current list.*

**Add  Office                Name and Address**

- [✓] President: John Schaefer, 360 N Sepulveda Dr Suite 2000, El Segundo, CA 90245
- [✓] Vice President: Paul Dowdall, 360 N Sepulveda Dr Suite 2000, El Segundo, CA 90245
- [✓] Secretary: Paul Dowdall, 360 N Sepulveda Dr Suite 2000, El Segundo, CA 90245
- [✓] Treasurer: Paul Dowdall, 360 N Sepulveda Dr Suite 2000, El Segundo, CA 90245
- [✓] Director: Dan Bilzerian, 6005 Las Vegas Boulevard South, Suite 7, Las Vegas, NV 89119
- [ ] Director:
- [ ] Director:

**Delete Office              Name and Address**

- [✓] President: Dan Bilzerian, 6005 Las Vegas Boulevard South, Suite 7, Las Vegas, NV 89119
- [✓] Vice President: John Schaefer, 5930 W Jefferson Boulevard, Los Angeles, CA 90016
- [✓] Secretary: John Schaefer, 5930 W Jefferson Boulevard, Los Angeles, CA 90016
- [✓] Treasurer: Paul Dowdall, 5930 W Jefferson Boulevard, Los Angeles, CA 90016
- [ ] Director:
- [ ] Director:
- [ ] Director:

**Signature:** [signed]   **Date:** 07/14/21

**Printed Name:** Kimberly Stein

**Title:** Attorney of record

**Email:** kps@fdlalwlv.com

*(An email address is required. Email(s) provided will receive important reminders, notices and other evidence.)*

[RECEIVED JUL 14 2021 WYOMING stamp]

*Form may be submitted by:*
Email: SOSRequest@wyo.gov
**Mail-in** Refer to address at top of this form.

Opp. MTD 047
AR Officer/Director Change – Revised June 2021