# Exhibit B-3

# Printout from the U.S. Patent and Trademark Office


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

### Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 7 03:47:23 EDT 2021*

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____   **Record 1 out of 5**

( Use the "Back" button of the Internet Browser to return to TESS)

# Z-RO

| | |
|---|---|
| **Word Mark** | Z-RO |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Energy drinks. FIRST USE: 20200904. FIRST USE IN COMMERCE: 20200904 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88709181 |
| **Filing Date** | November 27, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Date Amended to Current Register** | September 8, 2020 |
| **Registration Number** | 6191799 |
| **Registration Date** | November 3, 2020 |
| **Owner** | (REGISTRANT) IGNITE INTERNATIONAL, LTD CORPORATION WYOMING SUITE 7 6005 LAS VEGAS BLVD. SOUTH LAS VEGAS NEVADA 89119 |
| **Attorney of Record** | WILLIAM G GILTINAN |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Opp. MTD 048**