# Exhibit B-4

# Ignite International, Ltd.'s Press Release

# Ignite Expands Cannabis Sales Into Nevada Dispensaries

Super-premium brand Ignite launches in Nevada after a successful Fall 2018 California debut



NEWS PROVIDED BY
**Ignite International, Ltd.** →
Mar 05, 2019, 08:00 ET

LOS ANGELES, March 5, 2019 /PRNewswire/ -- Ignite International, Ltd. takes another step toward becoming the world's first global cannabis and CBD brand with today's announcement of its expansion into Nevada. Since launching in September 2018, Ignite's super-premium quality cannabis and CBD products have been available in over 100 California dispensaries with the CBD line offered online nationally. Ignite's cannabis products are now available for purchase in dispensaries across Nevada, marking a significant milestone in the company's expansion.

While this is a critical move for the company on a national scale, Ignite's brand development extends far beyond its dispensary offerings. Ignite has become a major player in CBD, with new products being regularly released and SKUs repeatedly selling out due to popularity. The CBD line, which contains 0% THC, gained immediate attention after the CBD Spearmint Vape Pen won the 2018 High Times Cannabis Cup's "Best CBD Vape Pen."

Founder and Chairman Dan Bilzerian is no stranger to Nevada's cannabis scene and pinpointed licensing in the state as an objective early on. Bilzerian, who rose to fame as a professional poker player, businessman, and Instagram star, even considers Las Vegas to be a second home.

"The opportunity to bring Ignite to a state like Nevada, which has long served our company and Dan, while gaining exposure to this important audience is the perfect platform for the brand's continued development," said Shannon Bard, Chief Operating Officer of Ignite International, Ltd.

Opp. MTD 049

To help kickoff its Nevada cannabis launch, Ignite is proud to be the title sponsor of this year's Mint 400 Vehicle Parade, taking place on Wednesday, March 6th. 125 of the planet's toughest off-road vehicles will head down the world-famous Las Vegas Strip, signifying the official start the weeklong festivities. Ignite is also extending its viral and unmistakable outdoor campaign to Nevada to promote the brand and dispensary partners.

"We are very excited for this early-stage expansion into the Nevada market but recognize that this is just the beginning for Ignite," continued Bard. "Nevada, like California, offers a dynamic cannabis community with an openness to experience new things. Last year alone, more than 42 million people visited Las Vegas and the state exceeded expectations in first year marijuana sales."

**About Ignite International, Ltd.**
Founded by Dan Bilzerian, based in Los Angeles, and spanning a wide variety of cannabis and CBD products, Ignite wants to change what users, and society, think about cannabis and CBD. The company delivers customers superior strains of cannabis and the purest CBD products possible. Ignite has built the world's first super-premium cannabis lifestyle brand, currently for sale in dispensaries across California and Nevada with the company's CBD products sold nationally online. From packaging and branding, to what's inside, Ignite delivers at the highest caliber of levels never before seen in this new industry and builds on the foundation that trust and quality truly matter. For more information on Ignite's complete line of products, visit Ignite.co.

SOURCE Ignite International, Ltd.

Related Links

http://www.ignite.co

Opp. MTD 050