Gregory S. Gilbert (6310)
Jon T. Pearson (10182)
Elody C. Tignor (15663)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702.669.4600
702.669.4650 fax
gsgilbert@hollandhart.com
jtpearson@hollandhart.com
ectignor@hollandhart.com

*Counsel for Defendant/Counterclaim Plaintiff Consulting by AR, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ignite Spirits, Inc., a Wyoming corporation,<br><br>            Plaintiff,<br><br>v.<br><br>Consulting by AR, LLC, a Florida limited liability company; Does I through X, inclusive; and Roe Business Entities I through X, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-01590-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON IGNITE INTERNATIONAL BRANDS, LTD.'S MOTION TO DISMISS COUNTERCLAIM, AND MOTION FOR A MORE DEFINITIVE STATEMENT**<br><br>**(FIRST REQUEST)**<br><br>**Related ECF Nos. 39, 40** |
| Consulting by AR, LLC,<br><br>            Counterclaim Plaintiff,<br><br>v.<br><br>Ignite Spirits, Inc. (f/k/a Ignite Beverages, Inc.); Ignite International Ltd.; and Ignite International Brands, Ltd.,<br><br>            Counterclaim Defendants. | |

Defendant/counterclaim plaintiff Consulting by AR, LLC ("Company"), and counterclaim defendant Ignite International Brands, Ltd. ("Ignite Brands") stipulate and agree as follows:

1

1. On November 22, 2021, Ignite Brands filed a motion to dismiss counterclaim, and a motion for a more definitive statement ("Motions"). (ECF Nos. 39, 40.) The Company's response in opposition to the Motions is due on December 6, 2021, and Ignite Brands' reply in support of the Motions is due December 13, 2021.

2. Because of the holidays, as well as the Company's representative, Alan Richardson, traveling during the holidays, the Company needs to extend the deadline to submit its response in opposition to the Motions by seven days.

3. The Company and Ignite Brands have thus agreed to extend the deadline for the Company to file a response in opposition to the Motions from December 6, 2021, to **December 13, 2021**. Ignite Brands' reply in support of the Motions will be extended from December 13, 2021, to **December 20, 2021**.

4. This is the first request for an extension made by the Company and Ignite Brands. They make this request in good faith and not for the purpose of delay.

**IT IS SO STIPULATED**.

Dated: December 2, 2021

/s/ *Jon T. Pearson*
Gregory S. Gilbert
Jon T. Pearson
Elody C. Tignor
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Counsel for Defendant/Counterclaim Plaintiff Consulting by AR, LLC*

/s/ *Ryan A. Ellis*
Ryan A. Ellis
RYAN ELLIS LAW CORPORATION
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146

*Counsel for Counterclaim Defendants Ignite International Ltd., and Ignite International Brands, Ltd.*

**ORDER**

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT JUDGE

Dated: December 3, 2021

2

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2021, an accurate copy of this **Stipulation and Order Extending Briefing Schedule on Ignite International Brands, Ltd.'s Motion to Dismiss Counterclaim, and Motion for a More Definitive Statement** was served by submitting electronically for filing and service with the United States District Court, District of Nevada's e-filing system, and served on counsel electronically in accordance with the E-service list to the following email addresses:

Kimberly P. Stein
FLANGAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
kps@fdlawlv.com

*Counsel for Plaintiff/Counterclaim Defendant Ignite Spirits, Inc.*

/s/ *Joyce E. Heilich*
An employee of Holland & Hart LLP

17829241_v1

3