Gregory S. Gilbert (6310)
Jon T. Pearson (10182)
Brian D. Downing (14510)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702.669.4600
702.669.4650 fax
gsgilbert@hollandhart.com
jtpearson@hollandhart.com
bddowning@hollandhart.com

*Counsel for Defendant/Counterclaim Plaintiff
Consulting by AR, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IGNITE SPIRITS, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSULTING BY AR, LLC, a Florida limited liability company; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>And All Related Claims. | Case No. 2:21-cv-01590-JCM-EJY<br><br>**APPENDIX OF EXHIBITS TO DEFENDANT/COUNTERCLAIM PLAINTIFF CONSULTING BY AR, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IDENTIFIED IN COUNTERCLAIM DEFENDANT IGNITE INTERNATIONAL BRANDS, LTD.'S PRIVILEGE LOG** |

In accordance with LR IA 10–3, Defendant/Counterclaim Plaintiffs Consulting by AR, LLC submits this Appendix of Exhibits to its motion to compel production of document improperly withheld by Counterclaim Defendant Ignite International Brands, Ltd.

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Declaration of Jon T. Pearson | 001–003 |
| 1-A | Requests for Production of Documents | 004–018 |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

1

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 1-B | Responses to Requests for Production of Documents | 019–061 |
| 1-C | Email Correspondence between Jon Pearson and Ryan Ellis | 062–065 |
| 1-D | Ignite Brands' Privilege Log | 066–073 |
| 1-E | Ignite Brands' First Supplemental Disclosures | 074–077 |
| 1-F | Ignite Brands' Second Supplemental Disclosures | 078–081 |
| 1-G | Letter from Jon Pearson dated May 4, 2022 | 082 |
| 1-H | Letter from Kimberly Stein dated May 4, 2022 | 083–084 |
| 1-I | Email Correspondence between Brian Downing and Ryan Ellis | 085–086 |
| 2 | Excerpts from Deposition of Dan Bilzerian | 087–101 |
| 3 | *Steel Supplements, Inc. v. Blitz NV, LLC*, Case No. 8:22-cv-444-WJF-CPT (M.D. Fla.), Order | 102–107 |
| 4 | Excerpts from Transcript of Telephonic Motion Hearing | 108–113 |
| 5 | Excerpts from Deposition of Ignite International Brands, Ltd. | 114–130 |
| 6 | Excerpts from Deposition of Ignite Spirits, Inc. | 131–140 |

Dated: June 29, 2022          Respectfully submitted,


/s/ *Jon T. Pearson*
Gregory S. Gilbert
Jon T. Pearson
Brian D. Downing
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Counsel for Defendant/Counterclaim Plaintiff Consulting by AR, LLC*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

2

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2022, an accurate copy of this **Appendix of Exhibits to Defendant/Counterclaim Plaintiff Consulting by AR, LLC's Motion to Compel Production of Documents Identified in Counterclaim Defendant Ignite International Brands, Ltd.'s Privilege Log** was served by submitting electronically for filing and service with the United States District Court, District of Nevada's e-filing system, and served on counsel electronically in accordance with the E-service list to the following email addresses:

Kimberly P. Stein
FLANGAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
kps@fdlawlv.com

*Counsel for Ignite Spirits, Inc., and Nonparty Dan Bilzerian*

Ryan A. Ellis
RYAN ELLIS LAW CORPORATION
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
ryan@ryanellislaw.com

*Counsel for Ignite International Brands, Ltd., and Ignite International, Ltd.*

/s/ *Jon T. Pearson*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

3

19186907_v1