# EXHIBIT A-10

## Email from Paul Bilzerian
## to Alan Richardson dated
## June 7, 2021

# EXHIBIT A-10

Message

| | |
|---|---|
| **From:** | paul internationalinvestmentsltd.com [paul@internationalinvestmentsltd.com] |
| **Sent:** | 6/7/2021 7:06:46 PM |
| **To:** | ALAN RICHARDSON [gem4you@aol.com] |
| **CC:** | John Schaefer [john.schaefer@ignite.co] |
| **Subject:** | Re: Resorts World |

Dear Alan,

I continue to receive positive reports regarding you and your efforts to help Ignite.  I thank you for that.  I would like to forget the difficulties of the past, forgive any hard words spoken between us, and work together going forward.  Hopefully, we will get a definitive agreement with Resorts World signed soon.  In any event, I look forward to the Resorts World opening which looks like it will be spectacular.  By the way, everyone also speaks very highly of the Resorts World team, and it appears a very mutually enjoyable and beneficial relationship between Ignite and Resorts World has developed.  I am sure you had much to do with that as well.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

**From:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Sent:** Thursday, April 22, 2021 10:47 AM
**To:** ALAN RICHARDSON <gem4you@aol.com>
**Cc:** david@leanstaffing.com <david@leanstaffing.com>
**Subject:** Re: Resorts World

Dear Alan,

Going forward I would ask you not to communicate with me any further, written or oral.  Furthermore, the only person who is authorized by Ignite to discuss Resorts World and Ignite with you is David Bell.

With respect to the LOI between Resorts World and Ignite that I sent you earlier today, if Resorts World agrees to it, John will present it to the Ignite Board for approval, which I am highly confident will happen. Assuming Resorts World signs the new LOI, David will let you know tomorrow the Ignite Board's decision.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts

**065**

CONSULTING_00241

P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

---

**From:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Sent:** Thursday, April 22, 2021 7:59 AM
**To:** ALAN RICHARDSON <gem4you@aol.com>
**Cc:** david@leanstaffing.com <david@leanstaffing.com>; Dan Bilzerian <dan@danbilzerian.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** Resorts World

Dear Alan,

Attached is a revised Resorts World LOI that Ignite would be willing to sign.  Please let us know if you believe this is acceptable to Resorts World and, if so, please have it signed and returned to me today no later than 6:00 pm PDT.  If we receive the signed LOI by then, we will ask you to arrange a congratulatory lunch at Dan's with Scott.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

---

**From:** ALAN RICHARDSON <gem4you@aol.com>
**Sent:** Thursday, April 8, 2021 9:45 PM
**To:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Cc:** david@leanstaffing.com <david@leanstaffing.com>
**Subject:**

Sent from my iPhone

CONSULTING_00242