# EXHIBIT B-7

## Text Messages between Alan Richardson and Dan Bilzerian

# EXHIBIT B-7



From: 8408 Dan Blit
(owner)

👍▓

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/11/20 21 3:31:38 PM(UTC -8) | |

**Status:** Read

3/11/2021 3:31:37 PM(UTC-8)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x5595B28 (Table: message, handle; Size: 832929792 bytes)



(owner)
To: +1 8408 Dan Blit
To: gem4you@aol.com ALAN RICHARDSON (owner)

Just signed our agreement ... at lawyers.  You dad just sent me email back saying he will fix tomorrow , there was 1 document left out and some typos that need fixing. He's meeting with minister and President wherever he is   Insane !  Said he will call me tomorrow. But all signed 🙌🙌🙌

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8408 Dan Blit | | | |
| gem4you@aol.com ALAN RICHARDSON | | | |

**Status:** Sent

3/11/2021 3:40:06 PM(UTC-8)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x55A0F6D (Table: message, handle, chat; Size: 832929792 bytes)

From: 8408 Dan Blit
(owner)

Right on, glad to hear it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/11/20 21 3:42:39 PM(UTC -8) | |

**Status:** Read

3/11/2021 3:42:22 PM(UTC-8)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x558C2CC (Table: message, handle; Size: 832929792 bytes)

**103**

From: +████8408 Dan Blit
(owner)

He's just an idiot

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/12/2021 10:02:16 PM(UTC-8) | |

Status: Read

3/12/2021 10:02:16 PM(UTC-8)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x552D72A (Table: message, handle; Size: 832929792 bytes)

(owner)
To: +████8408 Dan Blit
To: gem4you@aol.com ALAN RICHARDSON (owner)

He doesn't  mean any harm obv

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████8408 Dan Blit | | | |
| gem4you@aol.com ALAN RICHARDSON | | | |

Status: Sent

3/12/2021 10:02:43 PM(UTC-8)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x553A77E (Table: message, handle, chat; Size: 832929792 bytes)

From: +████8408 Dan Blit
(owner)

It's disrespectful, if I wasnt your dinner I would of left

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/12/2021 10:03:17 PM(UTC-8) | |

Status: Read

3/12/2021 10:03:07 PM(UTC-8)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x55466A2 (Table: message, handle; Size: 832929792 bytes)



From: +█████8408 Dan Blit
(owner)

I shouldn't be making nothing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/18/20 21 7:41:07 PM(UTC -7) | |

Status: Read

4/18/2021 7:41:06 PM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x4B757F6 (Table: message, handle; Size: 832929792 bytes)



(owner)
To: +█████8408 Dan Blit
To: gem4you@aol.com ALAN RICHARDSON (owner)

Ok well we talked about removing all 3 adventure experiences from free to paid events.  And that would start you being paid on all appearances sooner.  And also getting you a non exclusive tie down. And removed the buy back.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████8408 Dan Blit | | | |
| gem4you@aol.com ALAN RICHARDSON | | | |

Status: Sent

4/18/2021 7:44:14 PM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x4B8260F (Table: message, handle, chat; Size: 832929792 bytes)

From: █████8408 Dan Blit
(owner)

Yea if u can get me some money and get rid of the exclusive then I think it can work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/18/2021 7:46:22 PM(UTC-7) | |

Status: Read

4/18/2021 7:46:19 PM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x4B6AF63 (Table: message, handle; Size: 832929792 bytes)

**105**

CONSULTING_01499



(owner)
To: +‖‖‖‖8408 Dan Blit
To: gem4you@aol.com ALAN RICHARDSON (owner)

You agreed to do the opening party for free ( grand opening ). ...you want to be paid for holloween and your b day. What if you do 1 of those 2 events for free and the other for 250 k. Plus all and any other events after ( adventure ) poker etc ... you get 200 k per appearance ? I'm not offering any of this as a fir sure that they will agree to ....just saying I will try 1 more time for a last talk with resorts. If I have to pay some of your appearance fee from my commission I will to get this done   Clearly I want this to happen. I want you to be happy. I want ignite to prosper

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +‖‖‖‖8408 Dan Blit | | | |
| gem4you@aol.com ALAN RICHARDSON | | | |

Status: Sent

4/18/2021 7:57:50 PM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x4B74960 (Table: message, handle, chat; Size: 832929792 bytes)

From: +‖‖‖‖8408 Dan Blit (owner)

Do what you were supposed to do in the beginning and bring me the sweetheart deal that is worth millions of dollars of stock

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/18/2021 7:59:00 PM(UTC-7) | |

Status: Read

4/18/2021 7:58:58 PM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x4B82F63 (Table: message, handle; Size: 832929792 bytes)

From: +‖‖‖‖8408 Dan Blit (owner)

Not some slave ass contract for a slot in the mini bar

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/18/2021 7:59:24 PM(UTC-7) | |

Status: Read

4/18/2021 7:59:24 PM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x4B69940 (Table: message, handle; Size: 832929792 bytes)

CONSULTING_01500



From: +_____8408 Dan Blit
To: +_____8383 Cal my (owner)
To: gem4you@aol.com ALAN RICHARDSON (owner)

I think it's gonna do well there, but our worldwide Nic sales could be insane

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____8383 Cal my | | 7/6/2021 12:18:46 AM(UTC-7) | |
| gem4you@aol.com ALAN RICHARDSON | | | |

**Status:** Read

7/6/2021 12:18:27 AM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x224C061C (Table: message, handle, chat; Size: 832929792 bytes)



From: +_____8408 Dan Blit
To: +_____8383 Cal my (owner)
To: gem4you@aol.com ALAN RICHARDSON (owner)

Did almost 9 mil last month

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____8383 Cal my | | 7/6/2021 12:18:46 AM(UTC-7) | |
| gem4you@aol.com ALAN RICHARDSON | | | |

**Status:** Read

7/6/2021 12:18:43 AM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x224C0357 (Table: message, handle, chat; Size: 832929792 bytes)



From: +_____8408 Dan Blit
To: +_____8383 Cal my (owner)
To: gem4you@aol.com ALAN RICHARDSON (owner)

Is growing really fast

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____8383 Cal my | | 7/6/2021 12:18:54 AM(UTC-7) | |
| gem4you@aol.com ALAN RICHARDSON | | | |

**Status:** Read

7/6/2021 12:18:54 AM(UTC-7)

Source Info:
Amanda/mobile/Library/SMS/sms db : 0x224C1F3F (Table: message, handle, chat; Size: 832929792 bytes)

107

CONSULTING_01573