# EXHIBIT B-9

Email from Paul Bilzerian to
Dan Bilzerian dated
April 19, 2021

# EXHIBIT B-9

**From:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Sent:** Monday, April 19, 2021 5:46 PM
**To:** Dan Bilzerian
**Subject:** Re: Ignite International Ltd. - Letter of Intent - RWLV 20210409 (003) - Ignite International Ltd. -
Letter of Intent - RWLV 4.19.2021.pdf

This includes virtually all our points except that there are two appearances you must make for which you should be paid $200,000 each (which should go to Ignite -- $400,000 x 40 = $16,000,000 in value to Ignite, one half of which is yours). If he gets that then we have a deal, subject to the definitive agreement of course.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

---

**From:** Dan Bilzerian <dan@danbilzerian.com>
**Sent:** Monday, April 19, 2021 8:30 PM
**To:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Subject:** Fwd: Ignite International Ltd. - Letter of Intent - RWLV 20210409 (003) - Ignite International Ltd.
- Letter of Intent - RWLV 4.19.2021.pdf

Dan Bilzerian

Begin forwarded message:

**From:** ALAN RICHARDSON <gem4you@aol.com>
**Date:** April 19, 2021 at 5:28:53 PM PDT
**To:** Dan Bilzerian <dan@danbilzerian.com>
**Subject: Ignite International Ltd. - Letter of Intent - RWLV 20210409 (003) - Ignite
International Ltd. - Letter of Intent - RWLV 4.19.2021.pdf**

EXHIBIT 14
WIT: D BILZALIAN
DATE: 4·6·22
Wendy Sara Honable CCR, RPR

DAN0014

114

These are all your changes I think.  I am not sure I can get all this done.  But let me know if I get all these changes done will you sign this ?

Sent from my iPhone

DAN0015