# EXHIBIT B-19

Email from Paul Bilzerian to Alan Richardson and David Bell dated July 2, 2021

# FILED

# UNDER

# SEAL

# EXHIBIT B-19