# EXHIBIT B-20

## Email from David Bell to Paul Bilzerian dated April 13, 2021

# EXHIBIT B-20

**From:** David Bell <dbell@leangroup.com>
**Sent:** Tuesday, April 13, 2021 12:30 PM
**To:** paul internationalinvestmentsltd.com
**Cc:** Dan Bilzerian
**Subject:** Re: Resorts World LOI Attached

Hi Paul,
Dan and I went through the LOI this am and below are our collective comments:

III. A. Exposure in the LED is too vague
i . How how often will it cycle
ii. Pop up retail who builds and where will it be we were told by pool entrance. This is
important.

IV. A. Party exclusivity
i. Was originally the strip and Could be a conflict  with GG poker Dan thinks we should get rid of
exclusivity.
C. Must be clear we are not forced to do events any outside events.
iii. What is this dedicated experience and does Dan get 200k for them?

Think that's all we had.
 Alan had been pushing for answers..

Sent from my iPhone



EXHIBIT 12
WIT: D.BILZARIAN
DATE: 4.6.22
Wendy Sara Honable CCR, RPR

**David Bell**
Lean Solutions Group

📞  +1 954.232.8388 (O)
✉  dbell@leangroup.com

    

 **LEANSOLUTIONS**
GROUP

⚿ LEANSTAFFING        ⚿ LEANTECH

⚿ LEANMARKETING       ⚿ LEANSALES

www.leangroup.com

On Apr 10, 2021, at 5:16 AM, paul internationalinvestmentsltd.com
<paul@internationalinvestmentsltd.com> wrote:

<Ignite International Ltd. - Letter of Intent v2.pdf>
This communication may contain confidential or privileged information. Unauthorized use of
this communication is strictly prohibited and may be unlawful. If you have received this

DAN0059

communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.

DAN0060