# EXHIBIT B-21

## Email from David Bell to Paul Bilzerian dated July 27, 2021

# EXHIBIT B-21

**From:** David Bell <dbell@leangroup.com>
**Sent:** Tuesday, July 27, 2021 6:07 AM
**To:** paul internationalinvestmentsltd.com
**Cc:** John Schaefer; Dan Bilzerian
**Subject:** Re: Resorts World Value

Ok thanks Paul.

Sent from my iPhone



**David Bell**
Lean Solutions Group

📞 +1 954.232.8388 (O)
✉ dbell@leangroup.com

www.leangroup.com

On Jul 27, 2021, at 9:04 AM, paul internationalinvestmentsltd.com
<paul@internationalinvestmentsltd.com> wrote:

Dear David,

For the most part I have generally paid 5-10% for referral commissions. This would definitely be in the 10% category. However, I think that will be a tough argument for Alan as he feels he cut a deal, whether it was wise for Ignite or not, it is a deal Ignite cut. I would not go down that path. Where Ignite has arguments for adjustment are: (1) Resorts is likely not going to give Ignite a $1 million order or even a $500,000 order which is in the final RW deal; (2) Dan is not going to be paid for any appearances; (3) Resorts World is not paying for the kiosk (Ignite will have paid over $100,000 for it); (4) Ignite spent a substantial amount of money and Dan did several posts to market the RW grand opening without any compensation or even reimbursement; (5) the vodka in the mini-bar is not exclusive; (6) Ignite has no nightclub presence and Dan has no poker room exposure; and (7) although the contract is for 18 months it can be terminated at any time.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347



EXHIBIT 18
WIT BILZERIAN
DATE: 4·6·22
Wendy Sara Honable CCR, RPR

DAN0080

US No. (813) 260-4973

---

**From:** David Bell <dbell@leangroup.com>
**Sent:** Tuesday, July 27, 2021 8:55 AM
**To:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>; Dan Bilzerian <dan@danbilzerian.com>
**Cc:** John Schaefer <john.schaefer@ignite.co>
**Subject:** RE: Resorts World Value

Thanks Paul,
Any feed back to what % of the value Ignite would pay as a commission? Typically 10%-25% is where I have always been for compensation on commission deals.


**David Bell**
Lean Solutions Group

— +1 954.232.8388 (O)
-- dbell@leangroup.com

www.leangroup.com

**From:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Sent:** Tuesday, July 27, 2021 8:45 AM
**To:** Dan Bilzerian <dan@danbilzerian.com>; David Bell <dbell@leangroup.com>
**Cc:** John Schaefer <john.schaefer@ignite.co>
**Subject:** Re: Resorts World Value

Attached is the valuation of the Resorts World deal with my comments and some Las Vegas statistics that are helpful. Hopefully this will be helpful in resolving the issues with Alan before Thursday.

---

**From:** John Schaefer <john.schaefer@ignite.co>
**Sent:** Monday, July 26, 2021 9:08 PM
**To:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Subject:** Resorts World Value

Dear Paul,

Please see the simple document that we put together showing the value of our 18-month deal with Resorts World. I've also attached a Las Vegas statistics summary that was helpful in determining these values.

Please let me know if you have any questions and feel free to adjust values as you see fit.

DAN0081

Thank you.

<image001.png>

**John Schaefer**
President & Chief Operating Officer at IGNITE

**Mobile** 323-449-3456
**Email** john.schaefer@ignite.co
**Website** www.ignite.co

<image002.png> <image003.png> <image004.png> <image005.png>

IMPORTANT. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

-

This communication may contain confidential or privileged information. Unauthorized use of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.
This communication may contain confidential or privileged information. Unauthorized use of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.

DAN0082