Gregory S. Gilbert (6310)
Jon T. Pearson (10182)
Brian D. Downing (14510)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702.669.4600
702.669.4650 fax
gsgilbert@hollandhart.com
jtpearson@hollandhart.com
bddowning@hollandhart.com

*Counsel for Defendant/Counterclaim Plaintiff
Consulting by AR, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IGNITE SPIRITS, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSULTING BY AR, LLC, a Florida limited liability company; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>And All Related Claims. | Case No. 2:21-cv-01590-JCM-EJY<br><br>**APPENDIX OF EXHIBITS TO DEFENDANT CONSULTING BY AR, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST IGNITE SPIRITS, INC. AND IGNITE INTERNATIONAL BRANDS, LTD.** |

In accordance with LR IA 10–3, Defendant/Counterclaim Plaintiffs Consulting by AR, LLC submits this Appendix of Exhibits to its summary-judgment motion.

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| *Volume I* | | |
| A | Declaration of Alan Richardson | 001–007 |
| A-1 | Letter Agreement dated March 11, 2021 **[Filed Under Seal]** | 008–014 |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

1

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| A-2 | Email from Alan Richardson to Dan Bilzerian dated March 29, 2021 **[Filed Under Seal]** | 015–017 |
| A-3 | Email from Alan Richardson to Dan Bilzerian dated April 8, 2021 **[Filed Under Seal]** | 018–026 |
| A-4 | Email from Alan Richardson to Dan Bilzerian dated April 19, 2021 | 027–038 |
| A-5 | Email from Paul Bilzerian to Alan Richardson dated April 22, 2021 **[Attachment Filed Under Seal]** | 039–047 |
| A-6 | Email from Paul Bilzerian to Alan Richardson dated April 22, 2021 | 048–049 |
| A-7 | Email from Henry Lichtenberger to Paul Holden dated April 22, 2021 | 050–051 |
| A-8 | Email from Paul Bilzerian to Henry Lichtenberger dated April 23, 2021 | 052–054 |
| A-9 | Email from Henry Lichtenberger to Paul Holden dated April 26, 2021 **[Attachment Filed Under Seal]** | 055–064 |
| A-10 | Email from Paul Bilzerian to Alan Richardson dated June 7, 2021 | 065–066 |
| A-11 | Email from Paul Bilzerian to Alan Richardson dated June 11, 2021 | 067 |
| A-12 | Email from John Schaefer to Alan Richardson dated July 20, 2021 | 068 |
| B | Transmittal Declaration of Jon T. Pearson | 069–071 |
| B-1 | Management's Discussion and Analysis | 072–092 |
| B-2 | Email from Paul Holden to Paul Bilzerian and Henry Lichtenberger dated March 13, 2021 (without attachment) | 093–095 |
| B-3 | Email from Henry Lichtenberger to Paul Bilzerian and Alan Richardson dated March 11, 2021 (without attachment) | 096–097 |
| B-4 | Email from Paul Bilzerian to Henry Lichtenberger dated March 12, 2021 | 098–099 |
| B-5 | Email from Paul Bilzerian to John Schaefer dated March 31, 2021 | 100–101 |
| B-6 | Email from Paul Bilzerian to Alan Richardson dated March 30, 2021 (without attachment) | 102 |

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| B-7 | Text Messages between Alan Richardson and Dan Bilzerian | 103–107 |
| B-8 | Text Messages between Alan Richardson and John Schaefer | 108–112 |
| B-9 | Email from Paul Bilzerian to Dan Bilzerian dated April 19, 2021 | 113–114 |
| B-10 | Email from Paul Holden to Henry Lichtenberger dated April 27, 2021 **[Attachment Filed Under Seal]** | 115–124 |
| B-11 | Email from John Schaefer to Alan Richardson dated June 12, 2021 | 125–126 |
| B-12 | Email from Paul Holden to Ryan Thomas dated June 18, 2021 | 127–128 |
| B-13 | Email from Ryan Thomas to Paul Holden dated June 23, 2021 | 129–131 |
| B-14 | Email from Paul Holden to Ryan Thomas, Solomon Schwartz, and John Schaefer dated June 28, 2021 (without attachment) | 132 |
| B-15 | Email from Solomon Schwartz to Ryan Thomas and Paul Holden dated July 1, 2021 | 133–135 |
| B-16 | Email from Ryan Thomas to Paul Holden dated June 29, 2021 | 136–137 |
| B-17 | Email from Paul Holden to Ryan Thomas dated July 2, 2021 (without attachment) | 138 |
| B-18 | Email from Ryan Thomas to Paul Holden dated July 2, 2021 (without attachments) | 139–140 |
| B-19 | Email from Paul Bilzerian to Alan Richardson and David Bell dated July 2, 2021 **[Filed Under Seal]** | 141–194 |
| B-20 | Email from David Bell to Paul Bilzerian dated April 13, 2021 | 195–196 |
| B-21 | Email from David Bell to Paul Bilzerian dated July 27, 2021 | 197–199 |
| B-22 | Email from Paul Holden to Henry Lichtenberger dated April 23, 2021 | 200–209 |
| B-23 | Email from Paul Bilzerian to Alan Richardson dated July 1, 2021 | 210–213 |
| B-24 | Letter of Intent dated April 26, 2021 **[Filed Under Seal]** | 214–221 |
| B-25 | Articles of Organization | 222–223 |
| B-26 | Profit Corporation Annual Report, 2021 | 224 |
| B-27 | Profit Corporation Annual Report, 2021 | 225 |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| | *Volume II* | |
| C | Excerpts from Deposition of Dan Bilzerian | 226–245 |
| D | Excerpts from Deposition of David Bell **[Filed Under Seal]** | 246–260 |
| E | Excerpts from Deposition of John Schaefer **[Filed Under Seal]** | 261–278 |
| F | Excerpts from Deposition of Alan Richardson/Consulting by AR, LLC | 279–298 |
| G | Excerpts from Deposition of Ignite International Brands, Ltd. | 299–333 |
| H | Excerpts from Deposition of Ignite International, Ltd. | 334–343 |
| I | Excerpts from Deposition of Ignite Spirits, Ltd. | 344–355 |

Dated: June 30, 2022              Respectfully submitted,


/s/ *Jon T. Pearson*
Gregory S. Gilbert
Jon T. Pearson
Brian D. Downing
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Counsel for Defendant/Counterclaim Plaintiff*
*Consulting by AR, LLC*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

4

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2022, an accurate copy of this **Appendix of Exhibits to Defendant Consulting by AR, LLC's Motion for Summary Judgment Against Ignite Spirits, Inc. and Ignite International Brands, Ltd.** was served by submitting electronically for filing and service with the United States District Court, District of Nevada's e-filing system, and served on counsel electronically in accordance with the E-service list to the following email addresses. Hard copies will also be mailed by Friday, July 1, 2022.

Kimberly P. Stein
FLANGAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
kps@fdlawlv.com

*Counsel for Ignite Spirits, Inc., and
Nonparty Dan Bilzerian*

Ryan A. Ellis
RYAN ELLIS LAW CORPORATION
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
ryan@ryanellislaw.com

*Counsel for Ignite International Brands, Ltd.,
and Ignite International, Ltd.*


/s/ Jon T. Pearson
_____