# EXHIBIT D

## Excerpts from Deposition of David Bell

# FILED UNDER SEAL

# EXHIBIT D