# EXHIBIT E

## Excerpts from Deposition of John Schaefer

# FILED UNDER SEAL

# EXHIBIT E