# EXHIBIT F

## Excerpts from Deposition of Alan Richardson/Consulting by AR, LLC

# EXHIBIT F

Case 2:21-cv-01590-JCM-EJY   Document 85-4   Filed 06/30/22   Page 2 of 21
CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IGNITE SPIRITS, INC., a          ) Case No.:
Wyoming corporation,             ) 2:21-cv-1590-JCM-EJY
                                 )
                Plaintiff,       )
                                 )
vs.                              )
                                 )
CONSULTING BY AR, LLC, a         )
Florida limited liability        )
company; DOES I through X,       )
inclusive; and ROE Business      )
Entities I through X,            )
inclusive,                       )
                                 )
                Defendants.      )
_____)
(Complete caption on Page 2.)


        *** CONTAINS CONFIDENTIAL INFORMATION ***

     VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

                    ALAN RICHARDSON
  AS FRCP 30(b)(6) PERSON MOST KNOWLEDGEABLE DESIGNEE OF
                 CONSULTING BY AR, LLC

     Taken on Friday, May 13, 2022, at 8:59 a.m. PDT

             Appearing via videoconference from
                    Holland & Hart LLP
             9555 Hillwood Drive, 2nd Floor
                    Las Vegas, Nevada


  By a Certified Court Reporter and Legal Videographer


Reported by:  Dawn Bratcher Gustin, CCR 253, RPR, CRR
                                  California CSR 7124
Job No. 48862, Firm No. 061F

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IGNITE SPIRITS, INC., a ) Case No.:
Wyoming corporation, ) 2:21-cv-1590-JCM-EJY
)
  Plaintiff, )
)
vs. )
)
CONSULTING BY AR, LLC, a )
Florida limited liability )
company; DOES I through X, )
inclusive; and ROE Business )
Entities I through X, )
inclusive, )
)
  Defendants. )
_____)
)
CONSULTING BY AR, LLC, )
)
  Counterclaim Plaintiff, )
)
vs. )
)
IGNITE SPIRITS, INC. (f/k/a )
Ignite Beverages, Inc.); )
IGNITE INTERNATIONAL LTD.; )
AND IGNITE INTERNATIONAL )
BRANDS, LTD., )
)
  Counterclaim Defendants. )
_____)

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC

Alan Richardson                          Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 3

APPEARANCES:
(All participants appearing remotely)

For the Plaintiff/Counterclaim Defendant
Ignite Spirits, Inc.:

          KIMBERLY P. STEIN, ESQ.
          FLANGAS LAW GROUP
          3275 South Jones Boulevard
          Suite 105
          Las Vegas, Nevada  89146
          kps@fdlawlv.com


For the Defendant/Counterclaim Plaintiff
Consulting by AR, LLC:

          JON T. PEARSON, ESQ.
          HOLLAND & HART LLP
          9555 Hillwood Drive
          2nd Floor
          Las Vegas, Nevada  89134
          jtpearson@hollandhart.com


For the Counterclaim Defendant Ignite International,
Ltd., and Ignite International Brands, Ltd.:

          RYAN A. ELLIS, ESQ.
          RYAN ELLIS LAW CORPORATION
          3275 South Jones Boulevard
          Suite 105
          Las Vegas, Nevada  89146
          ryan@ryanellislaw.com


The Videographer:

          JOHNNY RANDALL, Legal Videographer


Also Present:

          PAUL SILVERBERG
          DAN BILZERIAN

OASIS
REPORTING SERVICES

281

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                              Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 4

I N D E X

WITNESS                                                      PAGE

ALAN RICHARDSON

    Examination by Ms. Stein                                    12

    Examination Resumed by Ms. Stein                            123

E X H I B I T S

| EXHIBIT | DESCRIPTION | MARKED |
| --- | --- | --- |
| Exhibit 1 | 4/5/22 Notice of Deposition of Consulting by AR 30(b)(6) from Ignite Spirits (8 pages) | 34 |
| Exhibit 2 | 5/10/22 Cross-Notice of Deposition of Consulting by AR 30(b)(6) from Brands and Int'l (3 pages) | 35 |
| Exhibit 3 | 5/9/22 Subpoena to Testify at a Deposition in a Civil Action - Alan Richardson from Ignite Spirits (3 pages) | 36 |
| Exhibit 4 | 5/10/22 Pearson's Acceptance of Service to Alan Richardson Deposition Subpoena (2 pages) | 37 |
| Exhibit 5 | 5/9/22 Subpoena to Testify at a Deposition in a Civil Action - Alan Richardson from Ignite Brands and Int'l (3 pages) | 38 |
| Exhibit 6 | 5/10/22 Pearson's Acceptance of Service to Alan Richardson Deposition Subpoena from Brands and Int'l (2 pages) | 38 |

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC

Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 5

E X H I B I T S
(Continued)

| EXHIBIT | DESCRIPTION | MARKED |
|---|---|---|
| Exhibit 7 | 3/3/21 Consulting by AR's Articles of Organization (CONSULTING_03074 to 3075) | 38 |
| Exhibit 8 | 4/23/22 Florida Limited Liability Company Annual Report (IGNITE000300) | 41 |
| Exhibit 9 | 9/2/18 to 02/22 text messages between Dan Bilzerian and Alan Richardson (DAN0001 to 3) | 71 |
| Exhibit 10 | 2/20/21 to 2/22/21 text messages between Alan Richardson, David Bell, and John Schaefer (CONSULTING_00642 to 676) | 74 |
| Exhibit 11 | 3/4/21 Henry Lichtenberger email to David Bell attaching revised draft of Letter Agreement with redline (CONSULTING_0001 to 14) | 84 |
| Exhibit 12 | 3/5/21 Henry Lichtenberger email to David Bell and Alan Richardson re Revised Letter Agreement (CONSULTING_00015) | 90 |
| Exhibit 13 | 3/5/21 David Bell email to Paul Bilzerian re Revised Ignite Letter Agreement (BELL00039 to 55) | 92 |
| Exhibit 14 | 3/10/21 Paul Bilzerian email to Alan Richardson re Revised Agreement (CONSULTING_00033) | 97 |
| Exhibit 15 | CONFIDENTIAL - 3/11/21 Letter Agreement between Ignite Beverages, Inc., and Consulting by AR LLC (IGNITE000001 to 7) | 100 |

OASIS
REPORTING SERVICES

283

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 6

E X H I B I T S
(Continued)

| EXHIBIT | DESCRIPTION | MARKED |
|---|---|---|
| Exhibit 16 | 3/29/21 Alan Richardson email to Dan Bilzerian re Resorts World Partnership Outline (CONSULTING_00364 to 366) | 137 |
| Exhibit 17 | 3/30/21 Paul Bilzerian email to Alan Richardson cc Dan Bilzerian and David Bell re Confidential original signed agreement, etc. (DAN0046 to 58) | 142 |
| Exhibit 18 | 4/1/21 Alan Richardson email to David Bell forwarding Richardson's 3/30/21 email to Scott Sibella re summary of changes (BELL00026) | 145 |
| Exhibit 19 | 4/2/21 Alan Richardson email to Dan Bilzerian forwarding Solomon Schwartz 4/2/21 email to Alan Richardson re NDA Needed (DAN0006 to 11) | 146 |
| Exhibit 20 | 4/3/21 David Bell email to Alan Richardson forwarding John Schaefer 4/3/21 email to David Bell cc Paul Holden re Resorts NDA (BELL00027 to 35) | 148 |
| Exhibit 21 | 4/3/21 Solomon Schwartz email to Alan Richardson re Mutual Non-Disclosure Agreement (CONSULTING_00142) | 150 |
| Exhibit 22 | 4/8/21 Solomon Schwartz email to Alan Richardson cc'g Scott Sibella re Ignite - RWLV LOI (CONSULTING_00143) | 151 |
| Exhibit 23 | 4/8/21 Alan Richardson email to Paul Bilzerian cc David Bell attaching RW LOI (CONSULTING_00395 to 403) | 152 |

OASIS
REPORTING SERVICES

284

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC

Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 7

E X H I B I T S
(Continued)

| EXHIBIT | DESCRIPTION | MARKED |
|---|---|---|
| Exhibit 24 | 4/16/21 Paul Bilzerian email to Alan Richardson re Resorts World (CONSULTING_00152 to 53) | 153 |
| Exhibit 25 | 4/18/21 Dan Bilzerian email to Alan Richardson re Fully Executed Letter Agreement (Ignite and Consulting by AR) (CONSULTING_00155) | 159 |
| Exhibit 26 | 4/19/21 Alan Richardson email to Dan Bilzerian re Ignite International Ltd. - Letter of Intent - RWLV 20210409 (003) - Ignite International Ltd. - Letter of Intent - RWLV 4.19.2021 (DAN0016 to 27) | 177 |
| Exhibit 27 | 4/22/21 Henry Lichtenberger email to Paul Holden cc Alan Richardson re Resorts World Las Vegas and Ignite Beverages (CONSULTING_00167 to 176) | 180 |
| Exhibit 28 | 4/23/21 Henry Lichtenberger email to Paul Holden and Alan Richardson cc David Bell re Resorts World Las Vegas and Ignite Beverages (BELL00063 to 64) | 185 |
| Exhibit 29 | 4/23/21 Paul Bilzerian email to Henry Lichtenberger cc Paul Holden, Dan Bilzerian, John Schaefer re Resorts World Las Vegas and Ignite Beverages (CONSULTING_00505 to 507) | 187 |
| Exhibit 30 | 4/26/21 Henry Lichtenberger email to Paul Holden cc Alan Richardson re Resorts World Letter of Intent - Final (CONSULTING_00205 to 214) | 189 |

OASIS
REPORTING SERVICES

285

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                                      Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 8

E X H I B I T S
(Continued)

| EXHIBIT | DESCRIPTION | MARKED |
|---------|-------------|--------|
| Exhibit 31 | 4/26/21 Solomon Schwartz email to Alan Richardson re FWD Signature Requested on Ignite International Ltd - Letter of Intent - Final (CONSULTING_00191 to 192) | 191 |
| Exhibit 32 | CONFIDENTIAL - 4/26/21 Letter of Intent between Resorts World Las Vegas LLC and Ignite (IGNITE000008 to 15) | 192 |
| Exhibit 33 | 4/26/21 Amendment to Letter of Intent between Resorts World Las Vegas LLC and Ignite International Ltd. (RW00001 to 2) | 194 |
| Exhibit 34 | 4/27/21 David Bell email to Alan Richardson cc Solomon Schwartz re... (BELL00056) | 195 |
| Exhibit 35 | 5/19/21 to 5/25/21 text messages between John Schaefer and Cal my Owner (Alan Richardson) (CONSULTING_00543 to 546) | 198 |
| Exhibit 36 | 5/26/21 to 6/1/21 text messages between John Schaefer and Cal my owner (Alan Richardson) (CONSULTING_00551 to 555) | 204 |
| Exhibit 37 | 7/31/21 Alan Richardson email to dvonbrod@dnafilms.tv cc John Schaefer re Booze Cream (CONSULTING_00485) | 211 |
| Exhibit 38 | 6/11/21 Paul Bilzerian email to Richardson cc Schaefer, Holden, Lichtenberger re Resorts World attaching Ignite International Ltd. Strategic Marketing Alliance Agreement RWLV 20210607(1) (BELL00075 to 92) | 213 |

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC

Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 9

E X H I B I T S
(Continued)

| EXHIBIT | DESCRIPTION | MARKED |
|---------|-------------|--------|
| Exhibit 39 | 6/12/21 John Schaefer email to Alan Richardson re Resorts World (CONSULTING_00299 to 300) | 216 |
| Exhibit 40 | 6/21/21 text messages between John Schaefer and Alan Richardson (CONSULTING_00594) | 219 |
| Exhibit 41 | 6/28/21 Alan Richardson email to John Schaefer re Massage Agreement (CONSULTING_00471) | 220 |
| Exhibit 42 | 6/30/21 Alan Richardson email to David Bell re Fwd Resorts World (BELL00036 to 38) | 223 |
| Exhibit 43 | 7/1/21 Alan Richardson email to Paul Bilzerian re Resorts World (CONSULTING_00478 to 481) | 224 |
| Exhibit 44 | CONFIDENTIAL - 7/2/21 Strategic Marketing Alliance Agreement between Ignite International Ltd. and Resorts World Las Vegas LLC (IGNITE000051 to 68) | 228 |
| Exhibit 45 | CONFIDENTIAL - 7/2/21 Retail Pop-Up Space License Agreement between Ignite International Ltd. and Resorts World Las Vegas LLC (IGNITE000016 to 50) | 231 |
| Exhibit 46 | 7/5/21 Alan Richardson email to Paul Bilzerian re Screenshot 2021-07-05 at 10.18.48 AM and 10:18 Paul Bilzerian screenshot (CONSULTING_00482 to 483) | 233 |
| Exhibit 47 | 7/6/21 to 7/21/21 text messages between Dan and Scott (DAN0035 to 42) | 240 |

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 10

                         E X H I B I T S
                          (Continued)


EXHIBIT           DESCRIPTION                            MARKED

Exhibit 48        7/20/21 text messages between           240
                  Alan Richardson and John Schaefer
                  (CONSULTING_00628 to 629)

Exhibit 49        7/30/21 Ignite letter to Henry          248
                  Lichtenberger re Letter
                  Agreement dated 3/11/21 between
                  Consulting by AR and Ignite
                  Beverages (IGNITE00069 to 70)

Exhibit 50        7/2/21 to 7/30/21 text messages         250
                  between Paul Bilzerian and Alan
                  Richardson
                  (CONSULTING_03050 to 3067)

Exhibit 51        8/2/21 letter from Holland and          252
                  Hart to Paul Holden at Ignite
                  (IGNITE00071)

Exhibit 52        9/1/21 Consulting by AR's               253
                  Answer, Affirmative Defenses,
                  and Counterclaims (35 pages)



   CONFIDENTIAL INFORMATION                    PAGE       LINE
                                                19         10
                                                20         19
                                                21         18
                                                21         20
                                                21         22
                                            253-258      23-11



   INFORMATION REQUESTED                       PAGE       LINE

                                                175         25
                                                176          6
                                                176      23-25

OASIS
REPORTING SERVICES

288

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC

Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 11

DEPOSITION OF ALAN RICHARDSON

Friday, May 13, 2022, 8:59 a.m., PDT

--oOo--

P R O C E E D I N G S

THE VIDEOGRAPHER:  Good morning.  Today is Friday, May 13th, 2022.  The time is approximately 8:59 a.m. Pacific Standard [sic] Time.  This is the remote deposition of Alan Richardson 30(b)(6) for Consulting by AR LLC in the case of Ignite Spirits Inc. vs. Consulting by AR LLC Inc. [sic], et al.

I am Johnny Randall with Oasis Reporting Services.  I will be monitoring the proceedings and recording both video and audio today.

At this time, I will ask counsel to identify themselves, state whom they represent, and agree on the record that there is no objection to the court reporter administering a binding oath to the witness through remote videoconferencing.  If no objection is stated, we will proceed forward with the agreement of all counsel. Let's begin the appearances with the noticing attorney.

MS. STEIN:  Good morning.  Kimberly Stein on behalf of the plainter [sic]/counterclaim defendant Ignite Spirits Inc.

MR. PEARSON:  Good morning.  Jon Pearson on behalf of Consulting by AR LLC.

OASIS

REPORTING SERVICES

289

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 12

MR. ELLIS:  And good morning.  Ryan Ellis on Ignite International Brands and Ignite International.

THE VIDEOGRAPHER:  The court reporter today is Dawn Gustin with Oasis Reporting Services.

Will the reporter please swear the witness.

(Witness sworn.)

ALAN RICHARDSON,

having been first duly sworn, was

examined and testified as follows:

EXAMINATION

BY MS. STEIN:

Q.   Good morning, Mr. Richardson.

A.   Good morning.

Q.   Can you please state and spell your name for the record.

A.   Alan Richardson, A-l-a-n R-i-c-h-a-r-d-s-o-n.

Q.   And where are you located today, what city?

A.   Las Vegas.

Q.   And is anybody in the room with you?

A.   Just my lawyer.

Q.   And who is that?

A.   Jon Pearson.

Q.   And is Mr. Pearson representing you today personally as well as on behalf of Consulting by AR?

A.   Yes.

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC

Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 44

And can you see that?

A.    I can.

Q.    Okay.  So first, when we refer to Ignite Spirits, you understand that I'm referring to Ignite Spirits Inc.; correct?

A.    I do.

Q.    And you're familiar with Ignite Spirits Inc.?

A.    Familiar in what sense?

Q.    You've heard the name before?

A.    Yes.

Q.    What's your understanding of what Ignite Spirits Inc. is?

A.    I don't really have an understanding.  To me, Ignites are just Ignite.

Q.    Okay.  So then that's why I want to go next to Ignite International.  Just to make sure for our purposes today that that is referring to Ignite International Ltd.  Okay?

A.    Okay.

Q.    Okay.  And then Ignite Brands we'll be referring to Ignite International Brands Ltd., the Canadian corporation.

Do you understand that today?

A.    Yes.

Q.    Okay.  And do you understand -- have any

Page 45

understanding of Ignite Brands's relationship to the other Ignite entities?

A.    No.

Q.    Okay.

A.    I mean, other than it's the parent.

Q.    Okay.  And that's a good understanding.  So --
      And when we refer to Consulting by AR or Consulting or -- that would be referring to you, to the entity that you're here as a 30(b)(6) for.  Okay?

A.    Okay.

Q.    And then Resorts World Las Vegas LLC, you're okay if I call it Resorts World, that we're referring to the property and the entity?  Okay?

A.    Okay.

Q.    And, you know, I didn't ask you in the beginning.  I will call you Mr. Richardson, if you're okay with that, and if you would like me to call you --

A.    Sure.

Q.    -- something else, I'm more than happy to do so.

A.    Alan works too.

Q.    Okay.  Okay.  And you can call me Kim.  Please feel free.

A.    Thank you.

Q.    Okay.  When we refer to David Bell, you're

OASIS
REPORTING SERVICES

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                                     Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 68

agreements with Consulting by AR for -- as a contractor?

A.   No.

Can we take a two-minute break?

Q.   Yeah, I was going to say, it's actually a good time.  I'm going to switch topics.  So why don't we go ahead and take five minutes, if that's okay.

A.   I'm just going to the bathroom real quick. So -- um, five minutes?  Oh, not supposed to tell you.

Q.   That's okay.

A.   Five minutes is fine.

THE VIDEOGRAPHER:  The time is now 10:17 a.m. We are off the record.

(A recess was taken from 10:17 a.m. to 10:31 a.m.)

THE VIDEOGRAPHER:  The time is now 10:31 a.m. We are back on the record.

BY MS. STEIN:

Q.   Okay.  Mr. Richardson, I wanted to kind of start talking about how -- prior to the letter agreement, how, in your words, it came about.

A.   I spoke to Dan about a potential marketing idea that I thought would be good for him and -- and that's how it came about.

Q.   And how did you speak to Dan?  Did you see him in person?  Did you call him, text?

OASIS REPORTING SERVICES
293

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC

Alan Richardson                                        Ignite Spirits, Inc. v. Consulting by AR, LLC

Q.    So how did you go about -- after having this idea, you spoke to Dan; right?

A.    Correct.

Q.    Okay.  And from there, kind of tell me in your own words what you did next from your initial discussion with Dan.

A.    I think the next step, Dan was interested, and he put me in touch with David Bell to work out the details.

Q.    And why would he put you in touch with David Bell?  Did you know?  Did he tell you?

A.    I can't tell you why he did, but I can tell you what I conclude or concluded by the end of the day.

Q.    Well, what did you think at the time why he put you in touch with David Bell?

A.    To make the deal.

Q.    Now, did you think the deal was Dan personally, or was your idea involving his company Ignite?

A.    I mean, I can't tell you what I thought about a year and -- a year and a half ago.

Q.    Okay.  So I'm going to go ahead, and we will mark this -- we're up to Exhibit 9.  And, again, this is Bates-stamped documents -- this is DAN1 through DAN3, which means actually -- Dan actually would have produced these documents.

Alan Richardson                                          Ignite Spirits, Inc. v. Consulting by AR, LLC

Q.   So you said all the Ignite people.  Do you consider David Bell an Ignite person?

A.   I mean, he represented Ignite in -- in my letter agreement capacity as well as throughout the term of the entire project.  He was at one point the only person I was authorized to be allowed to talk to.

Q.   Now, did David Bell sign the letter agreement?

A.   No.

Q.   Okay.  John Schaefer did; correct?

A.   Yes.

Q.   Now, when was the first time -- was John Schaefer involved between February 20th and March 11th with regards to the letter agreement?

A.   I would have to check my communications.  I don't know -- I don't know if I was discussing the letter agreement with him at any point or not.  I don't remember.

Q.   When was the first time you met John Schaefer?

A.   I would have to check documents to tell you the date.

Q.   Was it before or after he signed the letter agreement?

A.   I don't want to guess.  I'm not positive of it.

Q.   And you said "Henry, the lawyer."  So I just want to make sure, there's not a separate lawyer.  You

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                                        Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 106

A.   Yes.

Q.   Okay.  And states under A here:

"Ignite will cause Dan Bilzerian to host the
July 4th of --" I'm sorry "-- to host the Fourth
of July 2021 launch party at the pool club for
grand opening of Resorts World and post on his
social media."

Did I read that correctly?

A.   Yes.

Q.   When did Resorts World open?

A.   June 24th.

Q.   And you attended that opening; correct?

A.   Yes.

Q.   And was there a -- did Dan Bilzerian attend the opening?

A.   Yes.

Q.   And did Dan Bilzerian host the launch party at the pool club for the grand opening?

A.   Was he there on the 24th?

Q.   Yes.

A.   Yes.  That was his requirement to be there for the contract.

Q.   Did he host a launch party on the 24th?

A.   You're using semantics.  The 24th was the opening date.  That was -- the entire intent of the

OASIS REPORTING SERVICES

296

CONTAINS CONFIDENTIAL INFORMATION - 30(b)(6) for Consulting by AR, LLC
Alan Richardson                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 107

contract was for him to be at the opening party and for him to perform there, and he ultimately did perform at the 24th opening pool party.  Pool part- --

Q.    Did that --

A.    I mean, this -- these words here like launch party is the same as the grand opening party.

Q.    Was -- it says Dan was to host.  Did he host the party?

A.    Well, this says he was to host a party on July 4th, which he never did.

Q.    Okay.  But it was -- the launch actually occurred earlier than July 4th; correct?

A.    Well, if you want to get caught up on semantics, the grand opening party, which is the whole -- the whole intent of what the agreement was structured around, happened on June 24th, and he performed at June 24th, and most of that event was at the pool.

Q.    Okay.  Under the second sentence, it says:

      "Ignite Vodka and all other legal Ignite
      products will be featured at the event."

      Were Ignite Vodka -- was Ignite Vodka featured at the June 24th grand opening of Resorts World?

A.    In my opinion, it was, yes.

Q.    What do you mean in your opinion?  Tell me how.

Page 262

REPORTER'S CERTIFICATE

STATE OF NEVADA          )
                         ) ss
COUNTY OF WASHOE         )

I, Dawn Bratcher Gustin, a duly certified court reporter licensed in and for the State of Nevada, do hereby certify:

That I reported the taking of the deposition of the witness, ALAN RICHARDSON, at the time and place aforesaid;

That prior to being examined, the witness was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That I thereafter transcribed my shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate record of the proceedings to the best of my ability.

I further certify that (1) I am not a relative, employee, or independent contractor of counsel of any of the parties; nor a relative, employee, or independent contractor of the parties involved in said action; nor a person financially interested in the action; nor do I have any other relationship with any of the parties or with counsel of any of the parties involved in the action that may reasonably cause my impartiality to be questioned; and (2) that transcript review pursuant to FRCP 30(e) was requested.

IN WITNESS WHEREOF, I have hereunto set my hand in the County of Washoe, State of Nevada, this 26th day of May 2022.

_____
Dawn Bratcher Gustin, CCR 253, RPR, CRR