# EXHIBIT H

## Excerpts from Deposition of Ignite International, Ltd.

# EXHIBIT H

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IGNITE SPIRITS, INC., a        )
Wyoming corporation,           )
                               ) CASE NO.:
            Plaintiff,         ) 2:21-cv-01590-JCM-EJY
                               )
vs.                            )
                               )
CONSULTING BY AR, LLC, a       )
Florida limited                )
liability company; DOES        )
I through X, inclusive;        )
and ROE BUSINESS               )
ENTITIES I through X,          )
inclusive,                     )
                               )
            Defendants.        )
                               )
                               )
And All Related Claims.        )
                               )

**  CONFIDENTIAL **

VIDEOTAPED DEPOSITION OF SCOTT ROHLEDER

30(B)(6) WITNESS FOR IGNITE INTERNATIONAL, LTD.

Taken on Thursday, May 5, 2022

At 8:59 a.m.

By a Certified Court Reporter

9555 Hillwood Drive, 2nd Floor

Las Vegas, Nevada

Reported By:  Karen L. Jones, CCR NO. 694
Job No.:  49130  Firm No.:  061F

OASIS
REPORTING SERVICES

334

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.
Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 2

APPEARANCES:

For Ignite Spirits, Inc., and Dan Bilzerian:

          FLANGAS LAW GROUP
          BY:  KIMBERLY P. STEIN, ESQ.
          3275  South Jones Boulevard, Suite 105
          Las Vegas, Nevada  89146
          702.307.9500
          kps@fdlawlv.com


For Ignite International and Ignite International
Brands:

          RYAN ELLIS LAW
          BY:  RYAN A. ELLIS, ESQ.
          3275 South Jones Boulevard, Suite 105
          Las Vegas, Nevada  89146
          702.552.9000


For Consulting by AR, LLC:

          HOLLAND & HART LLP
          BY:  JON T. PEARSON, ESQ.
          BY:  JUSTIN BERKMAN, ESQ.
          9555 Hillwood Drive, 2nd Floor
          Las Vegas, Nevada  89134
          702.669.4600
          jtpearson@hollandhart.com




Also Present:  Nick Nardiello, Videographer
               Alan Richardson (Via Videoconference)

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.
Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 3

                                I N D E X

WITNESS:  SCOTT ROHLEDER

EXAMINATION                                                    PAGE

    BY:  Mr. Pearson                                            5



                            E X H I B I T S

NUMBER                    DESCRIPTION                         PAGE

Exhibit 35   Notice of 30(b)(6) Videotaped          7
             Deposition of Ignite
             International, Ltd.

Exhibit 36   3/30/2021 E-mail form Paul            29
             Bilzerian to Alan Richardson
             with Attachment
             DAN0046 - 0058

Exhibit 37   4/22/21 E-mail from Paul              37
             Bilzerian to Alan Richardson
             with Attachment
             CONSULTING_00156 - 00164

Exhibit 38   6/11/21 E-mail from Paul              45
             Bilzerian to Alan Richardson
             BELL00075 - 00092

Exhibit 39   E-mail String                         50
             RW00394 - 00396

Exhibit 40   E-mail String with Attachment         51
             RW00073 - 00092

Exhibit 41   Copies of Text Messages               60

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder                                Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 4

P R O C E E D I N G S

* * * * *

THE VIDEOGRAPHER:  Today's Thursday, May 5th, 2022, and the time is approximately 8:59 a.m.  Excuse me.

The court reporter today is Karen Jones, and I'm your videographer, Nick Nardiello.  We are here on behalf of Oasis Reporting Services.

The witness today is Scott Rohleder, the 30(b)(6) witness for Ignite International, Ltd., and we are here in the case Ignite Spirits, Inc., versus Consulting by AR, LLC, and all related claims.

Will counsel please state your appearances and the court reporter will administer the oath.

MR. PEARSON:  Good morning.  Jon Pearson on behalf of Consulting by AR, LLC.

MR. ELLIS:  Good morning.  Ryan Ellis on behalf of Ignite International Brands and Ignite International.

MS. STEIN:  Kimberly Stein on behalf of Ignite Spirits, Inc.

MR. BERKMAN:  Justin Berkman on behalf of Consulting by AR, LLC.

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 5

Whereupon,

SCOTT ROHLEDER,

having been first duly sworn to testify to the

truth, the whole truth and nothing but the truth,

was examined and testified as follows:

EXAMINATION

BY MR. PEARSON:

Q.    Good morning, Mr. Rohleder.  Good to see you again.

A.    Good morning.

Q.    I know you were here yesterday, but let's treat this one separate from the other two.

So can you just please state your full name for the record, please.

A.    Scott Rohleder.

Q.    Okay.  And yesterday you did testify that you're currently the interim chief financial officer for Ignite International Brands, Ltd., correct?

A.    Yes.

Q.    Do you have any association with Ignite International, Ltd.?

A.    Yes.

Q.    And what is that association?

A.    Ignite International, Ltd. is a

338

Page 14

sells an energy drink called Z-RO, Z-R-O.

Q.    And as we sit here today, who are Ignite International's directors?

A.    It's just one director.

Q.    And who is that?

A.    Dan Bilzerian.

Q.    And as of March 2021, who were Ignite International directors?

A.    Just Dan Bilzerian.

Q.    And sitting here today, who are Ignite International's officers?

A.    Just me.

Q.    And what is your title?

A.    Secretary and treasurer.

Q.    So no president at this time?

A.    That's correct.

Q.    Was Mr. Schaefer Ignite International's president before he resigned, I guess, within the last few months or so?

A.    Yes.

Q.    So as of March 2021, who were the officers of Ignite International?

A.    John Schaefer was president, and the predecessor CFO, Paul Dowdall, was the secretary and treasurer.

OASIS
REPORTING SERVICES

339

Scott Rohleder                                          Ignite Spirits, Inc. v. Consulting by AR, LLC

close- -- I don't know the dates, but in that timeframe they were closing down their Los Angeles office.

Q.      And other than the Los Angeles office, did they have any other space around that time?

A.      No, sir.

Q.      And was the Los Angeles office also meant to be a warehouse or used as a warehouse? Sorry.

A.      No, sir.

Q.      What was that?

A.      It was just -- just a general -- general office space for management and employees.

Q.      Okay.  Does Ignite International -- well, actually back up.

Since March of 2021, has Ignite International conducted any board meetings itself?

A.      No, sir.

Q.      And why not?

A.      Because it's a subsidiary.  Any of the general activities or business of International would have been discussed or handled at the Ignite International Brands board meeting.

Q.      I'm not trying to get off to a rough start here.  Can we just take a few minutes?

OASIS
REPORTING SERVICES

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.
Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 22

Q.      When is the first time you recall seeing this document?

A.      Several days ago.

Q.      Do you know if Ignite International was aware of the letter agreement at or around the time it was signed?

A.      Yes.

Q.      And how were they -- how did they become aware of it?

A.      Well, because of the activities of International, as well as Brands, and also for the subsidiary Spirits related just to general activities and meetings that the company would know about this particular agreement.

Q.      And this particular agreement is something that management can sign off; it didn't need board approval from Brands, correct?

A.      That's correct.

Q.      Okay.  Now, after this letter agreement was entered into with Consulting by AR, LLC, Ignite International, though, actually signed a letter of intent with Resorts World; is that right?

A.      Yes.

Q.      And can you walk me through briefly how that letter of intent came about, please?

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 44

Q.        Well, what happened right after -- what happened next?

A.        Well, after the letter of intent, steps would have been taken to move forward to actually drafting the final definitive agreement with Resorts World.

Q.        And who all from Ignite International participated in those negotiations with Resorts World?

A.        John Schaefer and Paul Holden.

Q.        Do you know if anyone else participated in those discussions including Mr. Paul Bilzerian or Mr. Bell?

A.        I don't know if they were specifically involved with any discussions.  I do not believe they were.

Q.        How about Mr. Dan Bilzerian?

A.        I do not believe Dan was involved in any specific discussions.

Q.        And do you know who all from Resorts World's side participated in those negotiations?

A.        I do not.

Q.        Do you know if Mr. Richardson was asked to participate in those discussions?

A.        I do not.

OASIS
REPORTING SERVICES

342

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 68

CERTIFICATE OF REPORTER

STATE OF NEVADA   )
                  )SS:
COUNTY OF CLARK   )


I, Karen L. Jones, a duly commissioned and licensed Court Reporter, Clark County, State of Nevada, do hereby certify:  That I reported the taking of the deposition of the witness, SCOTT ROHLEDER, commencing on Thursday, May 5, 2022 at 8:59 a.m.

That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of said shorthand notes.

I further certify that (1) I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action; nor do I have any other relationship with any of the parties or with counsel of any of the parties involved in the action that may reasonably cause my impartiality to be questioned; and (2) that transcript review pursuant to NRCP 30(e) was not requested.


IN WITNESS HEREOF, I have hereunto set my hand, in my office, in the County of Clark, State of Nevada, this 19th day of May, 2022.

_____
KAREN L. JONES, CCR NO. 694

OASIS
REPORTING SERVICES

343