# EXHIBIT 3 – Emails

Exhibit 3  001

Message

| | |
|---|---|
| **From:** | ALAN RICHARDSON [gem4you@aol.com] |
| **Sent:** | 6/30/2021 12:25:04 PM |
| **To:** | David Bell [dbell@leangroup.com] |
| **Subject:** | Fwd: Resorts World |

Sent from my iPhone

Begin forwarded message:

**From:** ALAN RICHARDSON <gem4you@aol.com>
**Date:** June 30, 2021 at 12:19:42 PM PDT
**To:** "paul internationalinvestmentsltd.com" <paul@internationalinvestmentsltd.com>
**Subject: Re: Resorts World**

Good afternoon Paul. I hope all is well. The party turned out to be a great time and had a huge turnout. I've heard the agreement with Ignite has been finalized and agreed by both sides and some small redline is left with the retail agreement. Solomon thinks it's days away at most from finishing. Can I please receive an extension until this is signed off and completed by Ignite and Resorts World ?
Thank you,
Alan

Sent from my iPhone

On Jun 7, 2021, at 7:06 PM, paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com> wrote:

Dear Alan,

I continue to receive positive reports regarding you and your efforts to help Ignite. I thank you for that. I would like to forget the difficulties of the past, forgive any hard words spoken between us, and work together going forward. Hopefully, we will get a definitive agreement with Resorts World signed soon. In any event, I look forward to the Resorts World opening which looks like it will be spectacular. By the way, everyone also speaks very highly of the Resorts World team, and it appears a very mutually enjoyable and beneficial relationship between Ignite and Resorts World has developed. I am sure you had much to do with that as well.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

Exhibit 3 002

BELL00036

**From:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Sent:** Thursday, April 22, 2021 10:47 AM
**To:** ALAN RICHARDSON <gem4you@aol.com>
**Cc:** david@leanstaffing.com <david@leanstaffing.com>
**Subject:** Re: Resorts World

Dear Alan,

Going forward I would ask you not to communicate with me any further, written or oral.  Furthermore, the only person who is authorized by Ignite to discuss Resorts World and Ignite with you is David Bell.

With respect to the LOI between Resorts World and Ignite that I sent you earlier today, if Resorts World agrees to it, John will present it to the Ignite Board for approval, which I am highly confident will happen. Assuming Resorts World signs the new LOI, David will let you know tomorrow the Ignite Board's decision.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

**From:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Sent:** Thursday, April 22, 2021 7:59 AM
**To:** ALAN RICHARDSON <gem4you@aol.com>
**Cc:** david@leanstaffing.com <david@leanstaffing.com>; Dan Bilzerian <dan@danbilzerian.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** Resorts World

Dear Alan,

Attached is a revised Resorts World LOI that Ignite would be willing to sign.  Please let us know if you believe this is acceptable to Resorts World and, if so, please have it signed and returned to me today no later than 6:00 pm PDT.  If we receive the signed LOI by then, we will ask you to arrange a congratulatory lunch at Dan's with Scott.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard

Exhibit 3  003

BELL00037

Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

---

**From:** ALAN RICHARDSON <gem4you@aol.com>
**Sent:** Thursday, April 8, 2021 9:45 PM
**To:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Cc:** david@leanstaffing.com <david@leanstaffing.com>
**Subject:**


Sent from my iPhone

Exhibit 3 004

BELL00038

Message

| | |
|---|---|
| **From:** | ALAN RICHARDSON [gem4you@aol.com] |
| **Sent:** | 7/1/2021 12:16:36 PM |
| **To:** | paul internationalinvestmentsltd.com [paul@internationalinvestmentsltd.com] |
| **Subject:** | Re: Resorts World |

Dear Paul,

   Thank you for your response.  I spoke to David briefly and he explained that you will be presenting me a new version of our agreement tomorrow. He basically said that compensation won't change just a prorated payment if there's early termination due to RW canceling.  Is this what I'm meeting David tomorrow for ?
Alan

Sent from my iPhone


On Jul 1, 2021, at 8:37 AM, paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com> wrote:


Dear Alan,

Nice to hear from you.  Yes, I heard the grand opening was spectacular and wish I could have been there.  It does appear that the definitive agreement is close to being finalized but RW deleted the kiosk (which is important) so it is being dealt with in a separate agreement that Ignite received yesterday and should have reviewed and finalized by tomorrow.  David Bell will meet with you tomorrow to finalize your deal so that everyone can enter the 4th of July weekend with hugs and smiles.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458


**From:** ALAN RICHARDSON <gem4you@aol.com>
**Sent:** Wednesday, June 30, 2021 3:19 PM
**To:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Subject:** Re: Resorts World

Good afternoon Paul. I hope all is well. The party turned out to be a great time and had a huge turnout. I've heard the agreement with Ignite has been finalized and agreed by both sides and some small redline is left with the retail agreement.  Solomon thinks it's days away at most from

Exhibit 3  005

CONSULTING_00478

finishing. Can I please receive an extension until this is signed off and completed by Ignite and Resorts World ?
Thank you,
Alan

Sent from my iPhone


On Jun 7, 2021, at 7:06 PM, paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com> wrote:


Dear Alan,

I continue to receive positive reports regarding you and your efforts to help Ignite. I thank you for that. I would like to forget the difficulties of the past, forgive any hard words spoken between us, and work together going forward. Hopefully, we will get a definitive agreement with Resorts World signed soon. In any event, I look forward to the Resorts World opening which looks like it will be spectacular. By the way, everyone also speaks very highly of the Resorts World team, and it appears a very mutually enjoyable and beneficial relationship between Ignite and Resorts World has developed. I am sure you had much to do with that as well.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458


From: paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
Sent: Thursday, April 22, 2021 10:47 AM
To: ALAN RICHARDSON <gem4you@aol.com>
Cc: david@leanstaffing.com <david@leanstaffing.com>
Subject: Re: Resorts World

Dear Alan,

Going forward I would ask you not to communicate with me any further, written or oral. Furthermore, the only person who is authorized by Ignite to discuss Resorts World and Ignite with you is David Bell.

With respect to the LOI between Resorts World and Ignite that I sent you earlier today, if Resorts World agrees to it, John will present it to the Ignite Board for

Exhibit 3  006

CONSULTING_00479

approval, which I am highly confident will happen. Assuming Resorts World signs the new LOI, David will let you know tomorrow the Ignite Board's decision.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

---

**From:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Sent:** Thursday, April 22, 2021 7:59 AM
**To:** ALAN RICHARDSON <gem4you@aol.com>
**Cc:** david@leanstaffing.com <david@leanstaffing.com>; Dan Bilzerian <dan@danbilzerian.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** Resorts World

Dear Alan,

Attached is a revised Resorts World LOI that Ignite would be willing to sign. Please let us know if you believe this is acceptable to Resorts World and, if so, please have it signed and returned to me today no later than 6:00 pm PDT. If we receive the signed LOI by then, we will ask you to arrange a congratulatory lunch at Dan's with Scott.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973
Fax: (813) 388-4458

---

**From:** ALAN RICHARDSON <gem4you@aol.com>
**Sent:** Thursday, April 8, 2021 9:45 PM
**To:** paul internationalinvestmentsltd.com <paul@internationalinvestmentsltd.com>
**Cc:** david@leanstaffing.com <david@leanstaffing.com>
**Subject:**

Exhibit 3 007

CONSULTING_00480

Sent from my iPhone

Exhibit 3  008

CONSULTING_00481