# EXHIBIT 5 – Series of Emails between Ignite Spirits and Resorts World 04-27-21 through 07-02-21

Exhibit 5  001

| | |
|---|---|
| **From:** | John Schaefer |
| **To:** | Solomon Schwartz; Paul Holden |
| **Subject:** | Re: Resorts World - Ignite Partnership |
| **Date:** | Tuesday, April 27, 2021 6:06:54 PM |
| **Attachments:** | image001.jpg |
| | image002.png |

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Solomon,

It is a pleasure to meet you.

I am available on 5/4 between 11am-2pm PST, however I will make the other dates work as well.  My preference would be to connect on the earliest date next week as there is limited time before your grand opening.

Thank you.

Best,
John

**From:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Date:** Tuesday, April 27, 2021 at 6:15 PM
**To:** Paul Holden <paul.holden@ignite.co>, John Schaefer <john.schaefer@ignite.co>
**Subject:** RE: Resorts World - Ignite Partnership

Hi Paul – Thank you for sending this over. I did receive yesterday from Henry.

We're excited to kick this partnership off.

How's any of the dates/times below work for you both to connect?

Cheers,
-Solomon

5/4: 11am – 2pm PST
5/5: 10am – 1pm PST
5/6: 1pm – 3pm PST

**Solomon Schwartz**
Head of Sponsorships & Activations
Solomon.Schwartz@rwlasvegas.com
Mobile: (973) 234-7203

Exhibit 5  002

RW00257



**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Tuesday, April 27, 2021 11:58 AM
**To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** Resorts World - Ignite Partnership

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Good afternoon Solomon.  My name is Paul Holden and I am GC at Ignite.  Henry Lichtenberger provided me with your contact information.   If Henry hasn't already provided it to you, kindly find attached a fully executed LOI.

Included on this email is our President John Schaefer.  We are very excited to be working with you and look forward to formalizing our new relationship with Resorts World!  To kick things off, we were hoping to have a quick call with you to discuss the drafting of the agreement, but also to discuss logistics with respect to some of the elements of the deal.  If we are going to be ready for the launch party on June 24th (please confirm that this is still the date), we are going to need to commence discussions with RW's marketing team and align on the size/type of vodka bottle for the rooms and receive an order (as this will be a new SKU for us).

Let me know some blocks of time that work for you over the next day or so for a quick call and John and I will make ourselves available.

Cheers,

Paul

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

Exhibit 5  003

**From:**        John Schaefer
**To:**          Solomon Schwartz; Paul Holden
**Cc:**          Cary Jacobson
**Subject:**     Re: Ignite definitive agreement
**Date:**        Friday, May 7, 2021 11:43:07 AM
**Attachments:** image001.jpg
                 image002.png
                 image003.jpg
                 image004.jpg
                 image005.jpg
                 image006.jpg

---

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

---

Sounds great.  Thank you Solomon.

Enjoy your weekend.

Best,
John

---

**From:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Date:** Friday, May 7, 2021 at 1:01 PM
**To:** John Schaefer <john.schaefer@ignite.co>, Paul Holden <paul.holden@ignite.co>
**Cc:** Cary Jacobson <cary.jacobson@rwlasvegas.com>
**Subject:** RE: Ignite definitive agreement

Hi John – I'm syncing with legal next week on status for a handful of agreements. All of there efforts have been devote to our gaming licenses which should be happening early next week.

I'll get an update on timing and feedback. If there's anything alarming I'll get Paul looped in with our legal team but I don't foresee any issues.

**Solomon Schwartz**
Head of Sponsorships & Activations
Solomon.Schwartz@rwlasvegas.com
Mobile: (973) 234-7203



**From:** John Schaefer <john.schaefer@ignite.co>
**Sent:** Friday, May 7, 2021 9:39 AM
**To:** Paul Holden <paul.holden@ignite.co>; Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>

Exhibit 5  004

**Subject:** Ignite definitive agreement

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Good morning Solomon,

I hope your Friday is off to a great start.  Is there someone Paul Holden, our general counsel copied on this email, should be connecting with on the Resorts World side in regards to the definitive agreement that still needs to be completed?  I want to ensure we stay on top of everything and don't cause any delays on your side.

Thank you.

–



**John Schaefer**
President & Chief Operating Officer at IGNITE

**Mobile** 323-449-3456
**Email** john.schaefer@ignite.co
**Website** www.ignite.co



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Exhibit 5  005

RW00300

| From: | Paul Holden |
|---|---|
| To: | Solomon Schwartz |
| Cc: | John Schaefer |
| Subject: | RE: Draft of Agreement |
| Date: | Tuesday, May 25, 2021 8:47:07 AM |
| Attachments: | image001.png |
| | image002.jpg |
| | image003.png |
| | Ignite International Ltd. - RWLV LOI extension.docx |

---

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

---

Hi Solomon – attached is an extension agreement, to give us a bit of time to wrap up the definitive agreement – if this works for RWLV, please execute and return.

Cheers,
Paul

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

**From:** Paul Holden
**Sent:** May 24, 2021 11:15 AM
**To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Cc:** John Schaefer <john.schaefer@ignite.co>
**Subject:** RE: Draft of Agreement

Hi Solomon – just following up on this?  We only have 30 days to sign a deal which expires on Wednesday.  I can take a stab at the first turn if your legal team is still bogged down?  Can you let me know today either way?

Cheers,
Paul

**Paul A. Holden**
**General Counsel**

Exhibit 5  006

**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

**From:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Sent:** May 15, 2021 5:45 PM
**To:** Paul Holden <paul.holden@ignite.co>
**Subject:** RE: Draft of Agreement

Hi Paul – I'll be sending the long form over. Legal has been slammed with the gaming licenses but as soon as I get a copy to review I'll send over shortly after.

Apologies for the delay.

Cheers,
-Solomon

**Solomon Schwartz**
Head of Sponsorships & Activations
Solomon.Schwartz@rwlasvegas.com
Mobile: (973) 234-7203



**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Wednesday, May 5, 2021 10:41 AM
**To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Subject:** Draft of Agreement

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Solomon – great meeting you and your team yesterday. We are very excited on our end! The LOI notes that RW is providing first draft of the agreement. Will you be sending over or is there someone else on your team that will be sending (apologies if someone else on our team has already asked, but I just wanted to make sure)

Exhibit 5 007

Cheers - Paul

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

Exhibit 5  008

| From: | Paul Holden |
|---|---|
| To: | John Schaefer; Solomon Schwartz |
| Cc: | Ryan Thomas; Gerald Gardner; Cary Jacobson |
| Subject: | RE: Draft of Agreement | Ignite & RWLV |
| Date: | Friday, June 4, 2021 5:32:34 PM |
| Attachments: | image001.png |

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

I can make anything in that time frame work as well

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

**From:** John Schaefer <john.schaefer@ignite.co>
**Sent:** June 4, 2021 7:20 PM
**To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Cc:** Paul Holden <paul.holden@ignite.co>; Ryan Thomas <Ryan.Thomas@rwlasvegas.com>; Gerald Gardner <gerald.gardner@rwlasvegas.com>; Cary Jacobson <cary.jacobson@rwlasvegas.com>
**Subject:** Re: Draft of Agreement | Ignite & RWLV

Hi Solomon,

I can make either time range work. I'll defer to Paul for his availability.

Thanks and have a great weekend!!

Best,
John

On Jun 4, 2021, at 6:08 PM, Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com> wrote:

Exhibit 5  009

Hi Paul & John,

Does any of the times below work well to walk through the agreement? We're on the 2 yard line, just need to review a few points.

Cheers,
-Solomon

6/7: 11am – Noon or 1pm – 2pm PST

**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Thursday, June 3, 2021 6:49 PM
**To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Subject:** Re: Draft of Agreement | Ignite

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Solomon - just checking in re the contract - I heard it was sent to me this AM but I haven't received anything.

**Paul A. Holden**
**General Counsel**
**Ignite International Brands, Ltd.**
Cell: 416-407-1795
Email: paul.holden@ignite.co

On May 25, 2021, at 12:52 PM, Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com> wrote:

Hi Paul – My apologies on missing the note below yesterday.

Sending this to our legal team now.

As well please note this is also as our official notice of extending the LOI until June 9th. I don't know if getting an agreement fully executed given the holiday will happen by June 2nd but wanted to put in a buffer.

Thank you for your help on this.

Cheers,
-Solomon

Exhibit 5  010

**Solomon Schwartz**
Head of Sponsorships & Activations
Solomon.Schwartz@rwlasvegas.com
Mobile: (973) 234-7203
<image006.jpg>

**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Tuesday, May 25, 2021 8:47 AM
**To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Cc:** John Schaefer <john.schaefer@ignite.co>
**Subject:** RE: Draft of Agreement

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Solomon – attached is an extension agreement, to give us a bit of time to wrap up the definitive agreement – if this works for RWLV, please execute and return.

Cheers,
Paul

**Paul A. Holden**
**General Counsel**
<image007.png>
**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

**From:** Paul Holden
**Sent:** May 24, 2021 11:15 AM
**To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Cc:** John Schaefer <john.schaefer@ignite.co>
**Subject:** RE: Draft of Agreement

Hi Solomon – just following up on this? We only have 30 days to sign a deal which expires on Wednesday. I can take a stab at the first turn if your legal team is still bogged down? Can you let me know today either way?

Cheers,

Exhibit 5  011

RW00361

Paul

**Paul A. Holden**
**General Counsel**
<image008.png>
**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

**From:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Sent:** May 15, 2021 5:45 PM
**To:** Paul Holden <paul.holden@ignite.co>
**Subject:** RE: Draft of Agreement

Hi Paul – I'll be sending the long form over. Legal has been slammed with the gaming licenses but as soon as I get a copy to review I'll send over shortly after.

Apologies for the delay.

Cheers,
-Solomon

**Solomon Schwartz**
Head of Sponsorships & Activations
Solomon.Schwartz@rwlasvegas.com
Mobile: (973) 234-7203
<image002.jpg>

**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Wednesday, May 5, 2021 10:41 AM
**To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Subject:** Draft of Agreement

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Solomon – great meeting you and your team yesterday. We are very excited on our end! The LOI notes that RW is providing first draft of the agreement. Will you be sending over or is there someone else on your team that will be sending (apologies if someone else on our team has already asked, but I just wanted to make sure)

Exhibit 5  012

RW00362

Cheers - Paul

**Paul A. Holden**
**General Counsel**
<image003.png>
**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

<Ignite International Ltd. - RWLV LOI extension.docx>

Exhibit 5  013

RW00363

| | |
|---|---|
| **From:** | Paul Holden |
| **To:** | Ryan Thomas |
| **Cc:** | Solomon Schwartz; John Schaefer |
| **Subject:** | RE: Strategic Marketing Alliance Agreement v4 PH |
| **Date:** | Friday, June 18, 2021 10:10:47 AM |
| **Attachments:** | image002.png |
| | image003.png |

---

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

---

Ok thanks Ryan – I really just wanted convey that we did remove a fair amount of the termination type provisions because it is very important to us to have a long term relationship with RWLV and the overall tone of the agreement felt like RWLV could walk away from our alliance fairly easily. When you review our changes, we ask that you just add back only those termination provisions that are absolutely essential to RWLV. Only other major point I wanted to discuss was getting clarity on the language with respect to tobacco restrictions due to other partnerships and how that impacts our synthetic nicotine vapes given they are not derived from tobacco.

As mentioned, I will make myself available anytime in order to get this over the finish line.

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

**From:** Ryan Thomas <Ryan.Thomas@rwlasvegas.com>
**Sent:** June 18, 2021 12:48 PM
**To:** Paul Holden <paul.holden@ignite.co>
**Cc:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** RE: Strategic Marketing Alliance Agreement v4 PH

Thank you, Paul. I'm confirming receipt of Ignite's redlines. I'm traveling today, but I'll try to get edits/comments back to the Ignite team over the weekend. To the extent a quick phone call makes sense, I'll try to coordinate something for Monday.

Best regards,

**Ryan Thomas** / Deputy General Counsel

Exhibit 5  014

ryan.thomas@rwlasvegas.com
C: 702-886-0314



**Resorts World Las Vegas**
3000 Las Vegas Boulevard South
Las Vegas, Nevada 89109

IMPORTANT NOTICE - STATEMENT OF CONFIDENTIALITY AND LEGAL PRIVILEGE: This email is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended addressee, you are notified that any use, transmission, distribution, copying, or actions in reliance on this e-mail is strictly prohibited. The legal privilege and confidentiality attached to this e-mail is not waived, lost or destroyed by reason of a mistaken delivery to you. If you have received this email in error, please notify us immediately by email or telephone and delete the original from any computer or device without making a copy. Thank you.

**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Friday, June 18, 2021 9:21 AM
**To:** Ryan Thomas <Ryan.Thomas@rwlasvegas.com>
**Cc:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** FW: Strategic Marketing Alliance Agreement v4 PH

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Ryan – attached is a revised agreement for your review. Before you read it, can we have a quick call and I will explain the context of the changes. Note we are very flexible with further revisions and getting this agreement done asap. I can make myself available anytime today. Let me know what works for you.

Cheers
Paul

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

Exhibit 5  015

Exhibit 5  016

RW00396

| | |
|---|---|
| **From:** | Paul Holden |
| **To:** | Solomon Schwartz |
| **Subject:** | Re: RW-Ignite Agreement |
| **Date:** | Wednesday, June 23, 2021 3:54:09 PM |
| **Attachments:** | image003.png |

> **WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hey Solomon - just checking in on this?

**Paul A. Holden**
**General Counsel**
**Ignite International Brands, Ltd.**
Cell: 416-407-1795
Email: paul.holden@ignite.co

> On Jun 19, 2021, at 11:41 AM, Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com> wrote:
>
> So far behind on e-mails apologies. I saw you're all set with Ryan on redlines, he should be back in town tomorrow.
>
> I'll check in with him to see where we are with the agreement.
>
> Thank you for efforts/time on this one.
>
> **From:** Paul Holden <paul.holden@ignite.co>
> **Sent:** Tuesday, June 15, 2021 11:38 AM
> **To:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
> **Subject:** RW-Ignite Agreement
>
> > **WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**
>
> Hi Solomon – just giving you an update on our review of the agreement. It has taken a bit of time to get all everyone's feedback. We are planning on turning the agreement and getting over to you by tomorrow or Thursday at the latest. I will send a meeting invite to go through our rationale for the proposed changes as well so we can close it out quickly.
>
> Cheers
> Paul
>
> **Paul A. Holden**

Exhibit 5  017

RW00405

**General Counsel**

&lt;image003.png&gt;

**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

Exhibit 5  018

RW00406

| From: | Paul Holden |
|---|---|
| To: | Ryan Thomas |
| Cc: | Solomon Schwartz; John Schaefer; Cary Jacobson; Ronn Nicolli |
| Subject: | Re: Ignite - Resorts World Las Vegas - Strategic Marketing Alliance Agreement |
| Date: | Thursday, June 24, 2021 3:32:52 AM |

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Thanks Ryan - we'll take a look at it and get back to you.

**Paul A. Holden**
**General Counsel**
**Ignite International Brands, Ltd.**
Cell: 416-407-1795
Email: paul.holden@ignite.co

On Jun 23, 2021, at 7:42 PM, Ryan Thomas <Ryan.Thomas@rwlasvegas.com> wrote:

Good afternoon Paul—

Attached please find Resorts World's latest updates to the pending Strategic Marketing Alliance Agreement w/ Ignite. I apologize for the delay in getting this back to you. As you know, though, there are a number of moving parts to the deal, and a number of key RWLV stakeholders involved have their hands full this week.

- As far as the main marketing agreement is concerned, I've inserted comments explaining the rationale for RWLV's edits. More than anything, RWLV is looking to protect its gaming licenses. We also don't want this contract to cause us to be in breach of any other agreement may have with other vendors and tenants (specifically the Eight Cigar Lounge currently under construction). Finally, RWLV's food & beverage and retail teams want to retain sole reasonable discretion on performance sales goals for Ignite offerings in the bars, mini-bars and gift shops. However, RWLV has added language allowing Ignite opportunity to cure if sales are slumping before RWLV reduces/removes inventory.
- RWLV was able to obtain approvals from its Marketing and Compliance Departments on the Grand Opening sweepstakes, so Ignite is good to move forward with that as planned.
- With respect to the retail pop-up space, RWLV must insist on the terms of such space being outlined in a separate license agreement. As with any retail tenant or licensee, there are going to be common operational guidelines that Ignite will have to follow. I'm not privy to any conversations that Ignite may have already had with RWLV's Retail Department, but they will ultimately decide where the space will be located and oversee its operations for RWLV. Because a lot of those deal terms still need to be crystallized (e.g., location of the space, delivery

Exhibit 5  019

RW00408

date, etc.).  Rather than look to finalize that pop-up space agreement simultaneously with this marketing agreement, I've added language in the marketing agreement stating that the parties will work in good faith to negotiate such retail license agreement within the next 30 days.

- o ***Quick question***: Does Ignite plan on performing any sort of structural improvements with its pop-up space, or is it taking the retail space as-is?
- Finally, can you provide some insight on what the attached Workers Compensation document is for & if RWLV needs to sign?   The insured is listed as Factory 360, Inc., but they're not listed as a party to this marketing agreement. Any additional information you can provide would be appreciated.

Please review at your earliest convenience and let us know if you have any questions or if you'd like to jump on a call to discuss.

Thank you,

**Ryan Thomas** / Deputy General Counsel
ryan.thomas@rwlasvegas.com
C: 702-886-0314
<image001.png>
**Resorts World Las Vegas**
3000 Las Vegas Boulevard South
Las Vegas, Nevada 89109

IMPORTANT NOTICE - STATEMENT OF CONFIDENTIALITY AND LEGAL PRIVILEGE: This email is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended addressee, you are notified that any use, transmission, distribution, copying, or actions in reliance on this e-mail is strictly prohibited. The legal privilege and confidentiality attached to this e-mail is not waived, lost or destroyed by reason of a mistaken delivery to you. If you have received this email in error, please notify us immediately by email or telephone and delete the original from any computer or device without making a copy. Thank you.

**From:** Ryan Thomas
**Sent:** Friday, June 18, 2021 9:48 AM
**To:** Paul Holden <paul.holden@ignite.co>
**Cc:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** RE: Strategic Marketing Alliance Agreement v4 PH

Thank you, Paul.  I'm confirming receipt of Ignite's redlines.  I'm traveling today, but I'll try to get edits/comments back to the Ignite team over the weekend.  To the extent a quick phone call makes sense, I'll try to coordinate something for Monday.

Best regards,

Exhibit 5  020

RW00409

**Ryan Thomas** / Deputy General Counsel
ryan.rhomas@rwlasvegas.com
C: 702-886-0314
<image001.png>
**Resorts World Las Vegas**
3000 Las Vegas Boulevard South
Las Vegas, Nevada 89109

IMPORTANT NOTICE - STATEMENT OF CONFIDENTIALITY AND LEGAL PRIVILEGE: This email is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended addressee, you are notified that any use, transmission, distribution, copying, or actions in reliance on this e-mail is strictly prohibited. The legal privilege and confidentiality attached to this e-mail is not waived, lost or destroyed by reason of a mistaken delivery to you. If you have received this email in error, please notify us immediately by email or telephone and delete the original from any computer or device without making a copy. Thank you.

**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Friday, June 18, 2021 9:21 AM
**To:** Ryan Thomas <Ryan.Thomas@rwlasvegas.com>
**Cc:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** FW: Strategic Marketing Alliance Agreement v4 PH

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Ryan – attached is a revised agreement for your review. Before you read it, can we have a quick call and I will explain the context of the changes. Note we are very flexible with further revisions and getting this agreement done asap. I can make myself available anytime today. Let me know what works for you.

Cheers
Paul

**Paul A. Holden**
**General Counsel**
<image002.png>
**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

Exhibit 5  021

RW00410

<Ignite International Ltd - Strategic Marketing Alliance Agreement - RWLV Redline
20210623.docx>
<WC WOS.pdf>

Exhibit 5  022

| From: | Paul Holden |
|---|---|
| To: | Ryan Thomas |
| Subject: | RE: Strategic Marketing Alliance Agreement v4 PH |
| Date: | Monday, June 28, 2021 1:41:52 PM |
| Attachments: | image002.png |
| | image003.png |

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hey Ryan – just left you a vmail.  Was hoping to chat with you live on one aspect of the agreement – should only take a minute or two.  I can be reached at 416-407-1795.

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

**From:** Ryan Thomas <Ryan.Thomas@rwlasvegas.com>
**Sent:** June 18, 2021 12:48 PM
**To:** Paul Holden <paul.holden@ignite.co>
**Cc:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** RE: Strategic Marketing Alliance Agreement v4 PH

Thank you, Paul.  I'm confirming receipt of Ignite's redlines.  I'm traveling today, but I'll try to get edits/comments back to the Ignite team over the weekend.  To the extent a quick phone call makes sense, I'll try to coordinate something for Monday.

Best regards,

**Ryan Thomas** / Deputy General Counsel
ryan.thomas@rwlasvegas.com
C: 702-886-0314

**Resorts World Las Vegas**
3000 Las Vegas Boulevard South
Las Vegas, Nevada 89109

Exhibit 5  023

RW00115

IMPORTANT NOTICE - STATEMENT OF CONFIDENTIALITY AND LEGAL PRIVILEGE: This email is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended addressee, you are notified that any use, transmission, distribution, copying, or actions in reliance on this e-mail is strictly prohibited. The legal privilege and confidentiality attached to this e-mail is not waived, lost or destroyed by reason of a mistaken delivery to you. If you have received this email in error, please notify us immediately by email or telephone and delete the original from any computer or device without making a copy. Thank you.

**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Friday, June 18, 2021 9:21 AM
**To:** Ryan Thomas <Ryan.Thomas@rwlasvegas.com>
**Cc:** Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>; John Schaefer <john.schaefer@ignite.co>
**Subject:** FW: Strategic Marketing Alliance Agreement v4 PH

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Ryan – attached is a revised agreement for your review. Before you read it, can we have a quick call and I will explain the context of the changes. Note we are very flexible with further revisions and getting this agreement done asap. I can make myself available anytime today. Let me know what works for you.

Cheers
Paul

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

Exhibit 5  024

| From: | Ryan Thomas |
|---|---|
| To: | Paul Holden |
| Subject: | RE: Ignite International Ltd - Strategic Marketing Alliance Agreement PH2021-06-28 |
| Date: | Tuesday, June 29, 2021 1:16:00 PM |
| Attachments: | image001.png |
| | image002.png |

Hi Paul—

Thanks for sending over. Most of the contract looks good from a legal standpoint. I just need to get the RWLV business team to sign off on the changes in Exhibit A and we should be at the finish line on that one. I'm still working on getting a definitive location for the retail pop-up. I'll do my best to get something over to you by the end of the day, or first thing tomorrow AM.

Best regards,


**Ryan Thomas** / Deputy General Counsel
ryan.rhomas@rwlasvegas.com
O: 702-676-6639
C: 702-886-0314



**Resorts World Las Vegas**
3000 Las Vegas Boulevard South
Las Vegas, Nevada 89109

IMPORTANT NOTICE - STATEMENT OF CONFIDENTIALITY AND LEGAL PRIVILEGE: This email is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended addressee, you are notified that any use, transmission, distribution, copying, or actions in reliance on this e-mail is strictly prohibited. The legal privilege and confidentiality attached to this e-mail is not waived, lost or destroyed by reason of a mistaken delivery to you. If you have received this email in error, please notify us immediately by email or telephone and delete the original from any computer or device without making a copy. Thank you.


**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Monday, June 28, 2021 3:36 PM
**To:** Ryan Thomas <Ryan.Thomas@rwlasvegas.com>; Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>; John Schaefer <john.schaefer@ignite.co>
**Cc:** scott@danbilzerian.com; David Bell <dbell@leangroup.com>
**Subject:** Ignite International Ltd - Strategic Marketing Alliance Agreement PH2021-06-28

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Ryan – attached is a revised agreement highlighting our few final changes. As discussed on our call,

Exhibit 5  025

we want to settle and execute the retail license simultaneously with this Agreement. You have our commitment to turn that agreement quickly, once we are in receipt. If you have any questions or comments on our few remaining changes, please do not hesitate to call or email me,

Cheers,

Paul

**Paul A. Holden**
**General Counsel**



Ignite International Brands, Ltd.
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
**Mobile**: 416-407-1795
**Email:** paul.holden@ignite.co

Exhibit 5  026

RW00120

| | |
|---|---|
| **From:** | John Schaefer |
| **To:** | Ryan Thomas; Paul Holden |
| **Cc:** | Solomon Schwartz; Matt Pinal |
| **Subject:** | Re: Ignite International Ltd. - Retail Pop-Up License Agreement - RWLV 20210630PH |
| **Date:** | Friday, July 2, 2021 8:57:11 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

---

**WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

---

Hi Ryan,

Everything is good on our end and we would be happy to sign. Would you be so kind as to circulate it through Adobe Sign? It can be sent to my name and email.

Thank you.

-



## John Schaefer
President & Chief Operating Officer at **IGNITE**

**Mobile** 323-449-3456

**Email** john.schaefer@ignite.co

**Website** www.ignite.co



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**From:** Ryan Thomas <Ryan.Thomas@rwlasvegas.com>

**Date:** Friday, July 2, 2021 at 10:19 AM

**To:** Paul Holden <paul.holden@ignite.co>

**Cc:** John Schaefer <john.schaefer@ignite.co>, Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>, Matt Pinal <Matt.Pinal@rwlasvegas.com>

**Subject:** RE: Ignite International Ltd. - Retail Pop-Up License Agreement - RWLV 20210630PH

Good morning Paul—

Exhibit 5  027

All changes by Ignite to the Retail Pop-Up License Agreement are accepted by Resorts World Las Vegas.

Please see execution drafts for both the Strategic Marketing Alliance Agreement and Retail Pop-Up License Agreement attached.

If you'd like, I can circulate both contracts for electronic signatures via Adobe Sign.  I just need the name and email address for Ignite's designated signatory.  Otherwise, feel free to obtain signatures on your end, scan the attached standalone signature pages (no need to scan the entire document), and return to me.  From there, I'll obtain RWLV's countersignatures.

Thank you,

**Ryan Thomas** / Deputy General Counsel
ryan.thomas@rwlasvegas.com
O: 702-676-6639
C: 702-886-0314



**Resorts World Las Vegas**
3000 Las Vegas Boulevard South
Las Vegas, Nevada 89109

IMPORTANT NOTICE - STATEMENT OF CONFIDENTIALITY AND LEGAL PRIVILEGE: This email is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended addressee, you are notified that any use, transmission, distribution, copying, or actions in reliance on this e-mail is strictly prohibited. The legal privilege and confidentiality attached to this e-mail is not waived, lost or destroyed by reason of a mistaken delivery to you. If you have received this email in error, please notify us immediately by email or telephone and delete the original from any computer or device without making a copy. Thank you.

**From:** Paul Holden <paul.holden@ignite.co>
**Sent:** Friday, July 2, 2021 7:32 AM
**To:** Ryan Thomas <Ryan.Thomas@rwlasvegas.com>
**Cc:** John Schaefer <john.schaefer@ignite.co>; Solomon Schwartz <Solomon.Schwartz@rwlasvegas.com>
**Subject:** Ignite International Ltd. - Retail Pop-Up License Agreement - RWLV 20210630PH

> **WARNING: This email originated outside Resorts World Las Vegas. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hi Ryan – attached is slightly revised agreement for your review – if good on your end, I think we should be able to execute both agreements today.

Exhibit 5  028

**Paul A. Holden**
**General Counsel**



**Ignite International Brands, Ltd.rya**
11 Cidermill Avenue, Unit 200
Vaughan, Ontario L4K 4B6
Mobile: 416-407-1795
Email: paul.holden@ignite.co

Exhibit 5  029

RW00162