# Exhibit 7

# Excerpts from Deposition of Ignite Spirits, Inc.

CONFIDENTIAL - 30(b)(6) Designee of Ignite Spirits

Scott Rohleder                                   Ignite Spirits, Inc. v. Consulting by AR, LLC, et al.

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IGNITE SPIRITS, INC., a )
Wyoming corporation, )
                      )
        Plaintiff,    ) Case No.
                      ) 2:21-cv-01590-
vs.                   ) JCM-EJY
                      )
CONSULTING BY AR, LLC, a )
Florida limited liability )
company; et al.,          )
                          )
        Defendants.   )
                      )
   AND ALL RELATED MATTERS )
_____)

DESIGNATED AS CONFIDENTIAL

DEPOSITION OF SCOTT ROHLEDER 30(b)(6) DESIGNEE OF

IGNITE SPIRITS, INC.

Taken on Wednesday, May 4, 2022

By Videotape

By a Certified Court Reporter

At 11:03 a.m.

At 9555 Hillwood Drive

Las Vegas, Nevada

Reported by:  Wendy Sara Honable, CCR No. 875
Nevada CSR No. 875
California CSR No. 13186
Washington CCR No. 2267
Utah CCR No. 7357039-7801
Job No. 49129, Firm No. 061F

Page 2

                    APPEARANCES


        For Ignite International and Ignite
            International Brands:

                Ryan A. Ellis
                Ryan Ellis Law
                3275 South Jones Boulevard
                Suite 105
                Las Vegas, Nevada  89146
                702.552.9000

        For Ignite Spirits, Inc., and Dan Bilzerian:

                Kimberly P. Stein
                Flangas Law Group
                3275 South Jones Boulevard
                Suite 105
                Las Vegas, Nevada  89146
                702.307.9500
                702.382.9452 Fax
                kps@fdlawlv.com


        For Consulting by AR, LLC:

                Jon T. Pearson
                Justin Berkman
                Holland & Hart LLP
                9555 Hillwood Drive
                2nd Floor
                Las Vegas, Nevada  89134
                702.669.4600
                jtpearson@hollandhart.com

        Also Present:
                Alan Richardson
                    (via videoteleconference)
                Nick Nardiello, Videographer
                    Oasis Reporting Services


                <<<<<<  >>>>>>



444

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC, et al.

Page 3

EXAMINATION INDEX

EXAMINATION BY:                                          PAGE NO.

MR. PEARSON                                                 5

<<<<<<   >>>>>>

EXHIBIT INDEX

EXHIBIT NO.   DESCRIPTION                                 PAGE NO.

Exhibit 32   Notice of 30(b)(6) Videotaped       8
             Deposition of Ignite Spirits,
             Inc., and Attached Documentation
             dated 4/25/22; 10 pages

Exhibit 33   Arbitration Exemption              23
             Declaratory Relief
             dated 8/18/21; 5 pages

Exhibit 34   E-Mail Message to Richardson       26
             from Schwartz and Attached
             Documentation
             dated 4/2/21; 8 pages
             BELL00027 - 35

     (Previously Marked Exhibit No. 5 Attached for
                   Convenience)

<<<<<<   >>>>>>



www.oasisreporting.com                                702-476-4500

445

CONFIDENTIAL - 30(b)(6) Designee of Ignite Spirits
Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC, et al.

Page 4

P R O C E E D I N G S

(Prior to the commencement of the deposition, all parties present agreed to waive statements by the court reporter pursuant to Rules 30(b)(5)(A) and 30(b)(5)(C) of the NRCP/FRCP.)

VIDEOGRAPHER:  Today is Wednesday, May 4th, 2022, and the time is 11:03 a.m.  The court reporter is Wendy Honable, and I am the videographer, Nick Nardiello.  We are here on behalf of Oasis Reporting Services.

The witness today is Scott Rohleder, 30(b)(6) witness for Ignite Spirits, Inc., and we are here in the case Ignite Spirits, Inc. vs. Consulting by AR, LLC, et al.

Will counsel please state your appearances and we will begin.

MR. PEARSON:  Okay.  Jon Pearson on behalf of Consulting by AR, LLC.  We also have Mr. Richardson listening in through Zoom and --

MR. BERKMAN:  Justin Berkman on behalf of Consulting by AR, LLC.

MS. STEIN:  Kimberly Stein on behalf of Ignite Spirits, Inc.

MR. ELLIS:  And Ryan Ellis on behalf

446

CONFIDENTIAL - 30(b)(6) Designee of Ignite Spirits

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC, et al.

Page 5

Ignite International and Ignite International Brands.

                              SCOTT ROHLEDER,

                    having been previous sworn,

                  examined and testified as follows:


                              EXAMINATION

BY MR. PEARSON:

    Q.    All right.  So now we're almost in the afternoon.  And I apologize.

          Am I saying your name wrong?

          Is it Rohleder or Rohleder?

    A.    Rohleder.  It doesn't matter.

    Q.    Okay.  So I'm not fine to mispronounce. As Kim will tell you -- maybe she doesn't know -- I'm from Texas, so English is a second language to us at times.  So don't take offense if I don't say your name right.

          So you know and you understand that you're still under oath for this deposition, correct, sir?

    A.    I do.

    Q.    Okay.  And I'm going to try to streamline this to -- because you just sat for your deposition

CONFIDENTIAL - 30(b)(6) Designee of Ignite Spirits
Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC, et al.

Page 9

A.    Yes.

Q.    All right.  When was the first time you received it?

A.    A few days ago.

Q.    And did you review it at or around the time that you received it?

A.    Yes.

Q.    And if you turn over to Ignite Brands, it has some topics as well on the Exhibit A.

Did you review the topics at or around the time that you received this document?

A.    Yes.

Q.    Okay.  And you agreed to testify on behalf of Ignite Spirits with respect to these topics, correct?

A.    Yes.

Q.    And you understand your testimony, at least with respect to these topics, would be binding on Ignite Spirits?

A.    I do.

Q.    Okay.  So I'm not going to make you go through the long duration of what all you did to prepare.  I'm going to do my best to summarize what we talked about this morning, and I'm doing this to make this go quicker and not to trick you.

CONFIDENTIAL - 30(b)(6) Designee of Ignite Spirits

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC, et al.

Page 10

So if I hiccup there and say something that's not quite right, although I have all the confidence your counsel will let me know that, you should also let me know that as well.

Okay?

A.    Yes.

Q.    So my understanding is that yesterday you had a meeting with both Mr. Ellis and Ms. Stein for approximately two hours going over today's deposition, correct?

A.    Yes.

Q.    Okay.  You also had a Zoom call -- I don't know if it's called a call but a Zoom conference with Mr. Paul Bilzerian yesterday as well?

A.    Yes.

Q.    And that lasted about 30 minutes, correct?

A.    Yes.

Q.    And in the meeting that you had with Mr. Ellis and Ms. Stein, you had some text messages exchanged between you and Mr. Paul Holden, correct?

A.    That's correct.

Q.    And Mr. Paul Holden is the general counsel for Ignite Brands, correct?

OASIS
REPORTING SERVICES

449

CONFIDENTIAL - 30(b)(6) Designee of Ignite Spirits

Scott Rohleder                                              Ignite Spirits, Inc. v. Consulting by AR, LLC, et al.

Page 11

A.   That's correct.

Q.   Okay.  See, I can sometimes summarize things.

So other than that, did you have any other discussions with anyone else with respect to preparing for your deposition on behalf of Ignite Spirits?

A.   No.

Q.   Okay.  Did you have any conversations with Mr. Dan Bilzerian with respect to your deposition on behalf of Ignite Spirits?

A.   No.

Q.   How about Mr. John Schaefer?

A.   No.

Q.   How about Mr. Bell?

A.   No.

Q.   Okay.  And is your testimony similar in the sense that documents were provided to you yesterday by your lawyers in preparation for this deposition?

MS. STEIN:  Misstates prior testimony.

THE WITNESS:  I received documents, but I received documents prior to yesterday and had reviewed some documents prior to our discussions yesterday.

OASIS
REPORTING SERVICES

450

CONFIDENTIAL - 30(b)(6) Designee of Ignite Spirits

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC, et al.

Page 33

REPORTER'S CERTIFICATE

STATE OF NEVADA          )
                         ) ss
COUNTY OF CLARK          )

I, Wendy Sara Honable, CCR No. 875, a duly certified court reporter licensed in and for the State of Nevada, do hereby certify:

That I reported the taking of the videotaped deposition of the witness, SCOTT ROHLEDER, at the time and place aforesaid;

That prior to being examined, the witness was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That I thereafter transcribed my shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate record of testimony provided by the witness at said time to the best of my ability.

I further certify (1) that I am not a relative, employee or independent contractor of counsel of any of the parties; nor a relative, employee or independent contractor of the parties involved in said action; nor a person financially interested in the action; nor do I have any other relationship with any of the parties or with counsel of any of the parties involved in the action that may reasonably cause my impartiality to be questioned; and (2) that transcript review pursuant to FRCP 30(e) was requested.

IN WITNESS WHEREOF, I have hereunto set my hand in the County of Clark, State of Nevada, this 18th day of May 2022.

_____
Wendy Sara Honable, CCR No. 875