# Exhibit 8

# Excerpts from Deposition of Ignite International, Ltd.

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder　　　　　　　　　　　Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IGNITE SPIRITS, INC., a ）
Wyoming corporation, ）
　　　　　　　　　　　　） CASE NO.:
　　　　　　Plaintiff, ） 2:21-cv-01590-JCM-EJY
　　　　　　　　　　　　）
vs. ）
　　　　　　　　　　　　）
CONSULTING BY AR, LLC, a ）
Florida limited ）
liability company; DOES ）
I through X, inclusive; ）
and ROE BUSINESS ）
ENTITIES I through X, ）
inclusive, ）
　　　　　　　　　　　　）
　　　　　　Defendants. ）
　　　　　　　　　　　　）
　　　　　　　　　　　　）
And All Related Claims. ）
　　　　　　　　　　　　）

**　　CONFIDENTIAL　**

VIDEOTAPED DEPOSITION OF SCOTT ROHLEDER

30(B)(6) WITNESS FOR IGNITE INTERNATIONAL, LTD.

Taken on Thursday, May 5, 2022

At 8:59 a.m.

By a Certified Court Reporter

9555 Hillwood Drive, 2nd Floor

Las Vegas, Nevada

Reported By:　Karen L. Jones, CCR NO. 694
Job No.:　49130　Firm No.:　061F

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder                                Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 2

APPEARANCES:

For Ignite Spirits, Inc., and Dan Bilzerian:

 FLANGAS LAW GROUP
 BY:  KIMBERLY P. STEIN, ESQ.
 3275  South Jones Boulevard, Suite 105
 Las Vegas, Nevada  89146
 702.307.9500
 kps@fdlawlv.com


For Ignite International and Ignite International
Brands:

 RYAN ELLIS LAW
 BY:  RYAN A. ELLIS, ESQ.
 3275 South Jones Boulevard, Suite 105
 Las Vegas, Nevada  89146
 702.552.9000


For Consulting by AR, LLC:

 HOLLAND & HART LLP
 BY:  JON T. PEARSON, ESQ.
 BY:  JUSTIN BERKMAN, ESQ.
 9555 Hillwood Drive, 2nd Floor
 Las Vegas, Nevada  89134
 702.669.4600
 jtpearson@hollandhart.com




Also Present:  Nick Nardiello, Videographer
  Alan Richardson (Via Videoconference)

Case 2:21-cv-01590-JCM-EJY    Document 98-3    Filed 07/20/22    Page 4 of 9
CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.
Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 3

I N D E X

WITNESS:  SCOTT ROHLEDER

EXAMINATION                                                  PAGE

   BY:  Mr. Pearson                                            5

E X H I B I T S

NUMBER              DESCRIPTION                          PAGE

Exhibit 35  Notice of 30(b)(6) Videotaped                 7
            Deposition of Ignite
            International, Ltd.

Exhibit 36  3/30/2021 E-mail form Paul                   29
            Bilzerian to Alan Richardson
            with Attachment
            DAN0046 - 0058

Exhibit 37  4/22/21 E-mail from Paul                     37
            Bilzerian to Alan Richardson
            with Attachment
            CONSULTING_00156 - 00164

Exhibit 38  6/11/21 E-mail from Paul                     45
            Bilzerian to Alan Richardson
            BELL00075 - 00092

Exhibit 39  E-mail String                                50
            RW00394 - 00396

Exhibit 40  E-mail String with Attachment                51
            RW00073 - 00092

Exhibit 41  Copies of Text Messages                      60

OASIS
REPORTING SERVICES

454

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 4

P R O C E E D I N G S

\* \* \* \* \*

THE VIDEOGRAPHER:  Today's Thursday, May 5th, 2022, and the time is approximately 8:59 a.m.  Excuse me.

The court reporter today is Karen Jones, and I'm your videographer, Nick Nardiello.  We are here on behalf of Oasis Reporting Services.

The witness today is Scott Rohleder, the 30(b)(6) witness for Ignite International, Ltd., and we are here in the case Ignite Spirits, Inc., versus Consulting by AR, LLC, and all related claims.

Will counsel please state your appearances and the court reporter will administer the oath.

MR. PEARSON:  Good morning.  Jon Pearson on behalf of Consulting by AR, LLC.

MR. ELLIS:  Good morning.  Ryan Ellis on behalf of Ignite International Brands and Ignite International.

MS. STEIN:  Kimberly Stein on behalf of Ignite Spirits, Inc.

MR. BERKMAN:  Justin Berkman on behalf of Consulting by AR, LLC.

OASIS
REPORTING SERVICES

455

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder                          Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 5

Whereupon,

SCOTT ROHLEDER,

having been first duly sworn to testify to the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. PEARSON:

Q.      Good morning, Mr. Rohleder.  Good to see you again.

A.      Good morning.

Q.      I know you were here yesterday, but let's treat this one separate from the other two.

So can you just please state your full name for the record, please.

A.      Scott Rohleder.

Q.      Okay.  And yesterday you did testify that you're currently the interim chief financial officer for Ignite International Brands, Ltd., correct?

A.      Yes.

Q.      Do you have any association with Ignite International, Ltd.?

A.      Yes.

Q.      And what is that association?

A.      Ignite International, Ltd. is a

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 9

you can correct me, and, of course, your counsel can correct me as well.

So just some of the preparation-type of questions.  So my understanding from the testimony yesterday -- and this comes primarily from the initial deposition of Ignite International Brands, Ltd. -- is that two days ago you met with both Ms. Stein and Mr. Ellis for approximately two hours to prepare for all three of these depositions.

Is that accurate?

A.    Yes.

Q.    Okay.  And as part of that preparation session, we'll call it, you exchanged some text messages with a gentleman named Mr. Paul Holden in preparation for the depositions; is that accurate?

A.    Yes.

Q.    And Mr. Holden is the general counsel for Ignite Brands?

A.    Yes.

Q.    And in addition to that, you did have a Zoom conference of approximately 30 minutes or so with Mr. Paul Bilzerian for preparation of the depositions, correct?

A.    Yes.

Q.    And as part of that Zoom conference,

OASIS
REPORTING SERVICES

457

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 10

both Ms. Stein and Mr. Ellis participated, correct?

A.    Yes.

Q.    Okay.  Other than that, you have not spoken with anyone else in connection with your deposition; is that accurate still?

A.    Yes.

Q.    And did you discuss the substance of your testimony with anyone after our depositions yesterday?

A.    Just briefly in a wrap-up with my two attorneys.

Q.    And I'm not going to ask you about what you talked about.  But with anyone other than your attorneys, did you have any discussions?

A.    No.

Q.    And as well as the preparation session, we'll call it, with counsel as well -- and in-house counsel and then the Zoom with Mr. Paul Bilzerian, you were also provided some documents prior to that meeting, maybe a couple days before or however many days, and you reviewed those documents, correct?

A.    Yes, that's correct.

Q.    Okay.  And the documents that you reviewed that you testified kind of refreshed some of your recollection on a few issues included the

458

CONFIDENTIAL - 30(b)(6) for Ignite International, Ltd.

Scott Rohleder                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 68

CERTIFICATE OF REPORTER

STATE OF NEVADA   )
                  )SS:
COUNTY OF CLARK   )


        I, Karen L. Jones, a duly commissioned and licensed Court Reporter, Clark County, State of Nevada, do hereby certify:  That I reported the taking of the deposition of the witness, SCOTT ROHLEDER, commencing on Thursday, May 5, 2022 at 8:59 a.m.


        That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of said shorthand notes.


        I further certify that (1) I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action; nor do I have any other relationship with any of the parties or with counsel of any of the parties involved in the action that may reasonably cause my impartiality to be questioned; and (2) that transcript review pursuant to NRCP 30(e) was not requested.



        IN WITNESS HEREOF, I have hereunto set my hand, in my office, in the County of Clark, State of Nevada, this 19th day of May, 2022.


                              _____
                              KAREN L. JONES, CCR NO. 694




www.oasisreporting.com                OASIS REPORTING SERVICES                702-476-4500

459