# Exhibit 9

# Excerpts from Deposition of David Bell

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CASE NO.:  2:21-CV-01590-JCM-EJY

IGNITE SPIRITS, INC., a Wyoming corporation,

      Plaintiff,

-vs-

CONSULTING by AR, LLC, a Florida limited
liability company; DOES I through X,
inclusive; and ROE BUSINESS ENTITIES I
through X, inclusive,

      Defendants.
_____/

 And All Related Claims.
_____/


CONFIDENTIAL
DEPOSITION OF DAVID BELL
(Videotaped)


(VIA ZOOM VIDEOCONFERENCE)


Taken on Behalf of the Defendant/Counterclaim Plaintiff


Monday, May 16, 2022
11:04 a.m. - 1:35 p.m.


Examination of the witness taken before:

Robin L. Merker, RPR, FPR-C
Registered Professional Reporter
Florida Professional Reporter - Certified
Job No. 49144, Firm No. 061F

 
460

CONFIDENTIAL

David Bell                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 2

REMOTE APPEARANCES


On behalf of Ignite Spirits Incorporated:
     FLANGAS LAW GROUP
     3275 South Jones Boulevard
     Suite 105
     Las Vegas, Nevada 89146
     702.307.9500
     kps@fdlawlv.com
     BY:  KIMBERLY P. STEIN, ESQUIRE


On behalf of Ignite International and
Ignite International Brands:
     RYAN ELLIS LAW CORPORATION
     3275 South Jones Boulevard
     Suite 105
     Las Vegas, Nevada 89146
     702.552.9000
     ryan@ryanellislaw.com
     BY:  RYAN A. ELLIS, ESQUIRE


On behalf of the Defendant/Counterclaim Plaintiff:
     HOLLAND & HART LLP
     9555 Hillwood Drive
     2nd Floor
     Las Vegas, Nevada 89134
     702.669.4620
     jtpearson@hollandhart.com
     BY:  JON PEARSON, ESQUIRE

On behalf of the Witness:
     KAUFMAN DOLOWICH VOLUCK, LLP
     100 Southeast 3rd Avenue
     Suite 1500
     Ft. Lauderdale, Florida 33394
     954.302.2474
     jdrawas@kdvlaw.com
     BY:  JESSE DANIEL DRAWAS, ESQUIRE

Also Present:
     ALAN RICHARDSON
     PAUL SILVERBERG
     ROBERT BARFIELD, VISUAL EVIDENCE


                              -  -  -

CONFIDENTIAL

David Bell                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 3

INDEX OF PROCEEDINGS


DEPOSITION OF DAVID BELL

DIRECT EXAMINATION BY MR. PEARSON:                        5

CERTIFICATE OF OATH                                     108
CERTIFICATE OF REPORTER                                 109


EXHIBITS

| Number | Description | Page |
|---|---|---|
| 5 | 3/11/21 Letter Agreement Ignite 1-7 | 63 |
| 11 | 4/8/21 E-mail & Draft LOI Consulting 395-403 | 79 |
| 12 | 4/13/21 E-mail Dan 59-60 | 83 |
| 27 | 4/26/21 Letter of Intent Ignite 8-15 | 74 |
| 42 | Text Messages | 47 |
| 43 | 3/5/21 E-mail & Letter Agreement Bell 39-55 | 68 |
| 44 | Text Message Consulting 838 | 87 |
| 45 | 6/25/21 Text Message Consulting 973-977 | 97 |



CONFIDENTIAL

David Bell                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 4

Deposition taken before Robin L. Merker, Registered Professional Reporter, Florida Professional Reporter, and Notary Public in and for the State of Florida at Large in the above cause.

*****

THE VIDEOGRAPHER:  Today is Monday, May 16, 2022.  The time is approximately 11:04 a.m.

Your court reporter is Robin Merker and I am your videographer, Robert Barfield.  We are here on behalf of Oasis Reporting Services.

The witness today is David Bell and we are here in the case of Ignite Spirits versus Consulting by AR, LLC.

Will counsel please announce their appearance and will the court reporter please administer the oath.

MR. PEARSON:  Good morning.  My name is Jon Pearson, and I'm on behalf of Consulting by AR, LLC.

MS. STEIN:  Good morning.  Kimberly Stein on behalf of Ignite Spirits Incorporated.

MR. ELLIS:  Good morning.  Ryan Ellis on behalf of Ignite International and Ignite International Brands.

MR. DRAWAS:  Jesse Drawas on behalf of Mr. Bell.

CONFIDENTIAL

David Bell                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 5

And I missed the instructions.  Mr. Barfield you are the videographer and Ms. Merker, obviously, is the reporter.  And, then, who is Mr. Silverberg?

MS. STEIN:  Oh, sorry.  So, Mr. Silverberg just joined us and, Jesse, he's a consultant for Consulting by AR.

MR. DRAWAS:  Okay.  He's a consultant?

MR. PEARSON:  A consulting, I guess, expert, if you want to call him that.

MR. DRAWAS:  Okay.

MR. PEARSON:  And just so everyone knows, Mr. Richardson may also join and, if he does, I'll put that in the record as soon as I see him pop up.

Thereupon,

DAVID BELL,

being a witness in the notice heretofore filed, having presented his driver's license, and being first duly sworn in the above cause, testified on his oath as follows:

THE WITNESS:  I do.

DIRECT EXAMINATION

BY MR. PEARSON:

Q.  Good morning, Mr. Bell.  Can you please state your full name for the record, please?

A.  David Ernest Bell, Jr.

OASIS
REPORTING SERVICES

464

CONFIDENTIAL

David Bell                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 22

week.

Q.   And that conversation had nothing do with this case?

A.   No.

Q.   Do you ever -- have you -- on a monthly basis, how often would you say you text Dan, if at all?

MS. STEIN:  Objection to form.

Go ahead.

THE WITNESS:  Yeah.  I mean, I text him regular, on a monthly basis.

BY MR. PEARSON:

Q.   And how often would you say you see Dan in person on a monthly basis?

A.   I don't see him that often.

Q.   How about John Schaeffer, are you familiar with him?

A.   I am.

Q.   And how long have you known John?

A.   I wouldn't really say I know John.  I work with John at Ignite, as a consultant.  I don't really know him.

I would say since October of 2020 is when, maybe, he was around when I first was introduced to him.

Q.   And who made that introduction to you?

A.   It would --

David Bell                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 102

I don't like Zoom.

How about Paul Bilzerian?

A.  Yeah.  Again, anything regarding Resorts World or Alan, I -- I don't have any of the texts, like, during that period prior to that.

Q.  And is that because you got a new phone?

A.  Like, three new phones -- yes, I've got, like, three new phones, and one time it wasn't -- it wasn't backed up.  So, I kind of had to start from scratch, so...

Q.  And, so, you don't back up your text messages to a cloud service?

A.  Yeah, I don't -- I have that function off.  Like, in WhatsApp, I use -- I turn -- I don't back up my -- my chats and -- because of space and everything, like, I usually, like, purge everything anyways.  So, I don't have tons of space on my --

Q.  And when did you replace your phone?

A.  Every time there's been a new one come out.  So, like, every few months.  I think I'm on the 13 now.  10, 11, 12 -- 10, 11, 12, 13.  13.  Big.

Q.  And did anyone from Ignite reach out to you after this case was filed to try to get documents from you?

MS. STEIN:  Objection to form.

 
466

CONFIDENTIAL

David Bell                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 103

MR. ELLIS:  Join.

THE WITNESS:  Yeah, I don't -- I don't think so.  I wasn't even aware the case was filed, I think, until I even got the subpoena.  I was surprised.

BY MR. PEARSON:

Q.  Have you ever communicated with Paul Bilzerian through something called "Signal"?

A.  I don't use Signal, no.

Q.  How about Telegram; do you use Telegram?

A.  I use Telegram, but I haven't -- not with Paul.

MR. DRAWAS:  Are you referring to the app or old-timey methodology of communication?

MR. PEARSON:  Yeah.

MR. ELLIS:  Join.

THE WITNESS:  And I don't do Morse code with him either so, in case you wondered.

BY MR. PEARSON:

Q.  All right.  Smoke signals?  No.

Did you use --

MR. ELLIS:  His carrier pigeon died.

BY MR. PEARSON:

Q.  Do you use Telegram with Mr. Dan Bilzerian?

A.  I do not.

Q.  And your e-mails through leanstaffing.com, were those -- are those deleted?  And I'm not saying for any

467

CONFIDENTIAL

109

David Bell                                           Ignite Spirits, Inc. v. Consulting by AR, LLC

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA,
COUNTY OF MARTIN.

        I, Robin L. Merker, Registered Professional Reporter, Florida Professional Reporter, certify that I was authorized to and did stenographically report the remote deposition of DAVID BELL; pages 1 through 107; that a review of the transcript was not waived; and that the transcript is a true record of my stenographic notes.

        I further certify that on the 23rd day of May, 2022, I notified JON PEARSON, Esquire that the deposition of DAVID BELL was ready for reading and signing by the witness.

        I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.


        Dated this 23rd day of May, 2022.




                    _____
                    Robin L. Merker, RPR, FPR-C
                    Registered Professional Reporter
                    Florida Professional Reporter

468