# Exhibit 10

# Excerpts from Deposition of John Schaefer

CONFIDENTIAL

John Schaefer                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 1

UNITED STATES DISTRICT COURT
for the
District of Nevada

IGNITE SPIRITS, INC.,                )

   Plaintiff,                        )     Civil Action No.

V.                                   ) 2:21-cv-01590-JCM-EJY

CONSULTING BY AR, LLC, et al.,       )

   Defendants.                       )

CONFIDENTIAL

VIDEO DEPOSITION OF JOHN SCHAEFER

(TAKEN BY DEFENDANT)

at Six Landmark Square, Suite 400

Stamford, Connecticut   06901

MAY 26, 2022

11:11 A.M.

REPORTED BY:  Jennifer Gruseke

Job No. 49046, Firm No. 061F

Page 2

For the Plaintiff, Ignite Spirits, Inc.:

    FLANGAS LAW GROUP
    3275 South Jones Boulevard, Suite 105
    Las Vegas, Nevada  89146
    702.384.1990
    BY:  KIMBERLY STEIN, ESQ., via video-conference

For the Plaintiff, Ignite International Brands:

    RYAN ELLIS LAW
    3275 South Jones Boulevard, Suite 105
    Las Vegas, Nevada  89146
    858.247.2000
    BY:  RYAN A. ELLIS, ESQ., via video-conference

For the Defendant, Consulting by AR, LLC:

    HOLLAND & HART, LLP
    9555 Hillwood Drive, 2nd Floor
    Las Vegas, Nevada  89134
    702.222.2512
    BY:  JON T. PEARSON, ESQ.


Also present:

Rocco N. Leone, Videographer, V.P. Studios
Alan Richardson, via video-conference
Paul Silverberg, via video-conference

 

CONFIDENTIAL

John Schaefer                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

                                                                Page 3

Deposition of JOHN SCHAEFER, taken by the Defendant

on the 26th day of May, 2022, at 11:11 a.m., before

Jennifer Gruseke.

                        C O N T E N T S

The Witness:  JOHN SCHAEFER                              PAGE

Direct Examination by Mr. Pearson                          5

                        E X H I B I T S

EXHIBIT            DESCRIPTION                           PAGE

PREVIOUSLY MARKED EXHIBITS

No. 5   3/11/21 Binding Letter Agreement           22
No. 16  4/22/21 Email from Paul Bilzerian
        to Alan Richardson                         37
No. 20  7/20/21 Email from John Schaefer to
        Alan Richardson                            19
No. 27  Resorts World Letter of Intent             25
No. 28  Retail Pop-up Space License
        Agreement                                  30
No. 29  Strategic Marketing Alliance
        Agreement                                  30
No. 31  4/23/21 Email from Paul Bilzerian
        to Henry Lichtenberger                     39
No. 38  6/11/21 Email from Paul Bilzerian
        to Alan Richardson                         54

MARKED EXHIBITS

No. 46  Subpoena to Produce Documents               7
No. 47  Subpoena to Testify                         7
No. 48  6/12/21 Email from John Schaefer
        to Alan Richardson                         61
No. 49  6/25 to 7/20 Text String                   67
No. 50  5/25 to 5/26 Text String                   85
No. 51  3/10 to 7/30 Text String                  112
No. 52  Emails and LVCVA Executive Summary        114
No. 53  7/27/21 Email from Paul Bilzerian
        to John Schaefer                          122
No. 54  5/26 to 7/20 Text String                  128
No. 55  Photos of Ignite Vodka Display            139

OASIS
REPORTING SERVICES

471

CONFIDENTIAL

John Schaefer                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 4

(Proceedings commenced at 11:11 a.m.)

(Defendant's Exhibit Nos. 5, 16, 20, 27, 28, 29, 31, 38, 46 and 47 were premarked for identification.)

THE VIDEOGRAPHER:  This is media one of the video deposition of John Schaefer.  Today's date is May 26th, 2022.  We are going on the record at 11:11 a.m.

This video is being taken at Huseby Litigation, 6 Landmark Square, Stamford, Connecticut, in the matter of Ignite Spirits, Inc., versus Consulting by AR, LLC. The deposition is being taken on behalf of the Defendant filed in the United States District Court for the District of Nevada, Docket Number 2:21-cv-01590-JCM-EJY.

My name is Rocco Leone, cameraman and legal video technician representing Oasis Reporting located in Las Vegas, Nevada, with Jennifer Gruseke, certified court reporter.

Counsel, will you please state your appearances for the record, whom you represent, after which the court reporter can swear in the witness.

MR. PEARSON:  My name is Jon Pearson.  I represent Consulting by AR, LLC.

MS. STEIN:  Good morning.  Kimberly Stein representing Ignite Spirits.

MR. ELLIS:  And good morning.  Ryan Ellis on behalf of Ignite International and Ignite International

OASIS
REPORTING SERVICES

472

CONFIDENTIAL

John Schaefer                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 5

Brands.

JOHN SCHAEFER,

giving his address as 1340 Washington Boulevard, Number

404, Stamford, Connecticut 06902, having been duly sworn,

was examined and testified as follows:

DIRECT EXAMINATION BY MR. PEARSON:

Q.   Good morning, Mr. Schaefer.  Before we begin, I
just want to put on the record we also have Mr. Alan
Richardson participating through Zoom, and Mr. Richardson
is a representative of Consulting by AR and also a guy
named Paul Silverberg who is kind of a consultant for
Consulting by AR in this case.

     Have you ever had your deposition taken before
today, sir?

A.   Yes.

Q.   And how many times have you had your deposition
taken?

A.   Maybe two to three times.

Q.   And approximately when was the last time that
you sat for a deposition?

A.   It was sometime last year.  I don't remember the
exact date, though.

Q.   Okay.  And you understand that you're under oath
today, sir?

A.   Yes, I do.

OASIS REPORTING SERVICES

473

CONFIDENTIAL

John Schaefer                              Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 124

Q.    Okay.  Now, if Mr. Paul Bilzerian asked you to do something, how would he usually convey that to you, by email or over the phone?

MS. STEIN:  Objection to form.

MR. ELLIS:  Join.

A.    Typically he would send me an email with a request and copy Dan or whoever the -- else would be a party to the conversation.

Q.    And how would you describe your business relationship with Paul, with Mr. Paul Bilzerian?

MS. STEIN:  Objection, form.

MR. ELLIS:  Join.

A.    I'm not sure.  I'm not sure I necessarily understand the question to be honest.

Q.    So I'm asking from your point of view, okay, did you find him difficult to work with?

MS. STEIN:  Objection to form, lacks foundation.

MR. ELLIS:  Join.

A.    No, I didn't find Paul difficult to work with.

Q.    Did you find him to be demanding?

MS. STEIN:  Same objections.

MR. ELLIS:  Same.

A.    At times I would consider him demanding, absolutely.

Q.    Did you ever express your frustration to others

 

John Schaefer                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 129

A.    Yes, that's correct.

Q.    So walk me -- did you have assistance in getting these -- doing these screenshots?

A.    No.  I just screen-shot with my own phone.

Q.    So walk me through the process that you -- that you used to identify what you felt was responsive to the request in this subpoena, Exhibit 46.

A.    I looked at the subpoena and the documents it said to produce and then went to each of the parties that were listed there and each of the things and went to the party and then anything related to the contents that it said such as Resorts World, the agreement, and so on.

Q.    And as part of this, most of them I can represent were between you and Mr. Richardson.  Is that your recollection?

A.    Yeah.  The majority of the -- the information I had in my possession was conversation between myself and Alan Richardson.

Q.    Now, before you decided to take another position with BrightFarms in roughly March of 2021, were you ever asked to provide your text messages in connection with this lawsuit?

A.    No.  I have not been asked to provide anything.

Q.    Did you happen to have copies of any emails during your time at Ignite?

 

475

John Schaefer                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 130

A.    No, I don't.  I don't have copies of any emails from Ignite in my possession.

Q.    Okay.  And as part of the screenshots that you produced, do you recall telling Mr. Richardson that you felt certain representatives at Ignite were not treating him well?

A.    I think I had agreed with him when he commented about Dan.  He was upset that Dan didn't appreciate something he was doing for him.  Out of politeness, I agreed with -- with Alan.

Q.    You say out of politeness, but -- so you did not agree one way or the other?

A.    I honestly didn't care --

Q.    You didn't care.

A.    -- either way to be honest.

Q.    But you did tell him that you agreed that it wasn't the right way for people to treat him that way, correct?

A.    I did, yes.

Q.    And did you ever tell him that you didn't care?

A.    No.

Q.    Did you ever tell him that that was just pleasantries?

A.    No.  I don't think I ever came out and said, "Hey, Alan, I'm just being polite to be polite,"



476

CONFIDENTIAL
John Schaefer                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 138

Q.    And that's been since you left?

A.    That's been since I left, yes.

Q.    But no discussions that you recall about bringing you on as a board member?

A.    I know Paul has expressed interest of wanting me to be a board member and I know that other directors have asked and said that I would be great as a board member. But we're -- we've not worked anything out where I would become a board member.

Q.    And "Paul," Paul Bilzerian?

A.    I know Paul Bilzerian would like me to be on the board, yeah.

Q.    And who else, what other directors?

A.    Lester Lee has expressed interest. Vered Nisim has talked to me and expressed interest.

Q.    And sitting here today, that hasn't progressed one way or the other?

A.    No, I have not been -- been asked to be a board member or become a board member.

Q.    And when was the last time -- and I apologize if I asked this. We've been going for a while. When is the last time that you personally have spoken with Mr. Paul Bilzerian?

MS. STEIN:  Again, asked and answered.

MR. ELLIS:  Join.

 

CONFIDENTIAL

John Schaefer                                    Ignite Spirits, Inc. v. Consulting by AR, LLC

Page 144

        I, JENNIFER GRUSEKE, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

        This, the 7th day of June, 2022.

_____
Jennifer Gruseke
Registered Professional
Reporter and Notary Public

478