# Exhibit 11-A

# Dan Bilzerian's Privilege Log

**PRIVILEGE LOG**

| DATE/TIME | AUTHOR | RECIPIENT | cc's | DOCUMENT TITLE | PRIVILEGE |
|---|---|---|---|---|---|
| 02-22-21/ 12:00PM | Paul Holden | Paul Bilzerian, David Bell | John Schaefer, Linda Menzel, Paul Holden, Paul Dowdall, Scott Rohleder, Dan Bilzerian | Email Re: Alan Richardson Deal | Attorney-Client |
| 02-22-21/ 11:01AM | David Bell | Dan Bilzerian | Paul Bilzerian, John Schaefer, Linda Menzel, Paul Holden, Paul Dowdall, Scott Rohleder | Email Re: Alan Richardson Deal | Attorney-Client |
| 02-22-21/ 4:39PM | David Bell | Paul Bilzerian | Paul Holden, John Schaefer, Dan Bilzerian | Email Re: Alan Richardson Deal | Attorney-Client |
| 02-22-21/ 6:23PM | Paul Bilzerian | David Bell | Paul Holden John Schaefer, Dan Bilzerian | Email Re: Alan Richardson Deal | Attorney-Client |
| 02-22-21/ 7:13PM | David Bell | Paul Bilzerian | Paul Holden, John Schaefer, Dan Bilzerian | Email Re: Alan Richardson Deal | Attorney-Client |
| 03-06-21/ 7:47AM | Paul Bilzerian | Paul Holden, David Bell, Dan Bilzerian, John Schaefer | | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-07-21/ 1:36PM | John Schaefer | Paul Bilzerian, Paul Holden, David Bell, Dan Bilzerian | | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-08-21/ 1:50PM | David Bell | Paul Bilzerian | John Schaefer, Paul Holden, Dan Bilzerian | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-08-21/ 3:40PM | Jason Verona | Paul Bilzerian | Dan Bilzerian, Paul Holden, John Schaefer, David Bell | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |

483

**PRIVILEGE LOG**

| DATE/TIME | AUTHOR | RECIPIENT | cc's | DOCUMENT TITLE | PRIVILEGE |
|---|---|---|---|---|---|
| 03-08-21/ 2:50PM | Paul Bilzerian | Jason Verona | Dan Bilzerian, Paul Holden, John Schaefer, David Bell | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-08-21/ 6:40PM | David Bell | Paul Bilzerian, Jason Verona | Dan Bilzerian, Paul Holden, John Schaefer | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-08-21/ 7:11PM | Paul Bilzerian | David Bell | Dan Bilzerian, Paul Holden, John Schaefer, Jason Verona | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-09-21/ 2:28PM | David Bell | Paul Bilzerian | Dan Bilzerian, Paul Holden, John Schaefer, Jason Verona | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-10-21/ 2:21PM | Paul Bilzerian | David Bell | Dan Bilzerian, Paul Holden, John Schaefer, Jason Verona | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-10-21/ 3:19PM | Paul Bilzerian | David Bell | Dan Bilzerian, Paul Holden, John Schaefer, Jason Verona | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-10-21/ 3:41PM | David Bell | Paul Bilzerian | Dan Bilzerian, Paul Holden, John Schaefer, Jason Verona | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-10-21/ 2:08PM | Paul Bilzerian | David Bell | Dan Bilzerian, Paul Holden, John Schaefer, Jason Verona | Email Re: Ltr Agreement. (AR 3.5.21)-2 | Attorney-Client |
| 03-10-21/ 7:18PM | Paul Holden | Paul Bilzerian | David Bell, Dan Bilzerian, John Schaefer, Paul Dowdall | Email Re: Resorts World | Attorney-Client |
| 03-30-21/ 6:55AM | Paul Bilzerian | Dan Bilzerian | David Bell, John Schaefer, Paul Dowdall, Paul Holden, Scott Rohleder | Email Re: CONFIDENTIAL | Attorney-Client |

2

484

**PRIVILEGE LOG**

| DATE/TIME | AUTHOR | RECIPIENT | cc's | DOCUMENT TITLE | PRIVILEGE |
|---|---|---|---|---|---|
| 04-02-21/ 4:07PM | Paul Holden | Paul Bilzerian | John Schaefer, Dan Bilzerian, David Bell | Email Re: NDA Needed | Attorney-Client |
| 04-02-21/ 3:09pm | Paul Bilzerian | Paul Holden | John Schaefer, Dan Bilzerian, David Bell | Email Re: NDA Needed | Attorney-Client |
| 04-03-21/ 5:38AM | Paul Bilzerian | John Schaefer | Paul Holden, Dan Bilzerian, David Bell | Email Re: NDA Needed | Attorney-Client |
| 04-23-21/ 1:48AM | Jason Verona | Paul Bilzerian | Dan Bilzerian, John Schaefer, David Bell, Paul Holden | Email Re: Resorts World | Attorney-Client |
| 04-23-21/ 5:25AM | Paul Bilzerian | Paul Holden | Dan Bilzerian, John Schaefer, David Bell, Jason Verona | Email Re: Resorts World | Attorney-Client |
| 04-23-21/ 12:14PM | Paul Bilzerian | Dan Bilzerian | Jason Verona, John Schaefer, David Bell, Paul Holden | Email Re: Resorts World | Attorney-Client |
| 04-27-21/ 12:31AM | Paul Holden | Paul Bilzerian, John Schaefer, David Bell, Scott Rohleder, Dan Bilzerian, Jason Verona | | Email Re: Resorts World Letter of Intent | Attorney-Client |
| 04-27-21/ 5:15AM | Paul Bilzerian | Paul Holden, John Schaefer, David Bell, Scott Rohleder, Dan Bilzerian, Jason Verona | | Email Re: Resorts World Letter of Intent | Attorney-Client |
| 07-02-21/ 6:24AM | Paul Bilzerian | Paul Holden | John Schaefer, David Bell, Paul Dowdall, Scott Rohleder | Email Re: Ignite International, Ltd.-Retail Pop-Up License Agreement-RWLV 20210630PH | Attorney-Client |

485

**PRIVILEGE LOG**

| DATE/TIME | AUTHOR | RECIPIENT | cc's | DOCUMENT TITLE | PRIVILEGE |
|---|---|---|---|---|---|
| 07-02-21/ 8:27AM | Paul Holden | Paul Bilzerian | John Schaefer | Email Re: Ignite International, Ltd.-Retail Pop-Up License Agreement-RWLV 20210630PH | Attorney-Client |
| 07-02-21/ 1:42PM | David Bell | Paul Bilzerian | John Schaefer, Dan Bilzerian, Paul Holden | Email Re: Alan Richardson | Attorney-Client |
| 07-30-21/ 7:24AM | Paul Bilzerian | Dan Bilzerian, David Bell, John Schaefer, Paul Holden | | Email Re: Letter-AR Consulting-Ignite | Attorney-Client |

486