# Exhibit 11-B

# Text Message Exchange



IGNITE000290



488

IGNITE000291