AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Ignite Spirits, Inc.

        Plaintiff,

v.

Consulting by AR, LLC

        Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 2:21-CV-1590 JCM (EJY)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant Consulting by AR, LLC and against Plaintiff Ignite Spirits, Inc., dismissing this case with prejudice.

Consulting by AR, LLC is awarded damages against Spirits and Brands, jointly and severally, in the amount of ONE MILLION, SIX HUNDRED ELEVEN THOUSAND, SIX HUNDRED FIFTY-FIVE DOLLARS ($1,611,655.09) plus pre-judgment interest calculated as set forth in Nevada Revised Statute 99.040.

4/3/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk