GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
Email: gwf@fdlawlv.com
FLANGAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorney for Counterclaim Defendant*
Ignite International Brands, Ltd.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IGNITE SPIRITS, INC., a Wyoming corporation, | Case No: 2:21-CV-1590-JCM-EJY |
| Plaintiff, | **COUNTERCLAIM DEFENDANT IGNITE INTERNATIONAL BRANDS, LTD.'S SUBSTITUTION OF ATTORNEY** |
| v. | |
| CONSULTING BY AR, LLC, a Florida limited liability company; DOES I through X, inclusive; and ROE Business Entities I through X, inclusive, | |
| Defendants. | |
| CONSULTING BY AR, LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| IGNITE SPIRITS, INC. (f/k/a Ignite Beverages, Inc.); IGNITE INTERNATIONAL LTD.; AND IGNITE INTERNATIONAL BRANDS, LTD., | |
| Counterclaim Defendants. | |

Counterclaim Defendant IGNITE INTERNATIONAL BRANDS, LTD., hereby by and through its attorney of record, GUS W. FLANGAS, ESQ. of the FLANGAS LAW GROUP, 3275 South Jones Boulevard, Suite 105, Las Vegas, NV 89146, as attorney in place and instead of RYAN ELLIS LAW CORPORATION.

Dated this 9th day of May, 2024.

_____
Scott Rohleder, CEO

-1-

1   We consent to the above substitution.

2   Dated this 9th day of May, 2024

3                                        RYAN ELLIS LAW CORPORATION

4
                                         RYAN A. ELLIS, ESQ. (SBN: 12199)
5                                        E-mail: ryan@ryanellislaw.com
                                         3275 South Jones Blvd., Suite 105
6                                        Las Vegas, Nevada 89146
                                         Telephone: (702) 552-9000
7

8   I am duly admitted to practice in this District and have been retained in this matter.

9   Above substitution accepted.

10      Dated this 9th day of May, 2024

11

12                                       GUS W. FLANGAS, ESQ.
                                         Nevada Bar No. 4989
13                                       E-mail: gwf@fdlawlv.com
                                         FLANGAS LAW GROUP
14                                       3275 South Jones Blvd., Suite 105
                                         Las Vegas, Nevada 89146
15                                       Telephone: (813) 229-4241
                                         *Attorney for Counterclaim Defendant*
16                                       Ignite International Brands, Ltd.

17

18  **IT IS SO ORDERED**

19

20

21                                       UNITED STATES MAGISTRATE JUDGE

22                                       Dated:    May 9, 2024

23

24

25

26

27

28

-2-